IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, CENTRAL LABORERS' SUPPLEMENTARY PENSION FUND, CENTRAL LABORERS' ANNUITY FUND, CENTRAL LABORERS' WELFARE FUND, CENTRAL LABORERS' RETIREMENT WELFARE FUND, NORTH CENTRAL ILLINOIS LABORERS' HEALTH & WELFARE FUND, ILLINOIS LABORERS' & CONTRACTORS TRAINING PROGRAM, ILLINOIS LABORERS' - EMPLOYERS' COOPERATION & EDUCATION TRUST, MIDWEST REGION FOUNDATION FOR FAIR CONTRACTING, MIDWEST REGION FOR FAIR CONTRACTING, CENTRAL ILLINOIS BUILDERS INDUSTRY ADVANCEMENT FUND,<br><br>Plaintiffs,<br><br>v.<br><br>CENTURY ASPHALT AND CONSTRUCTION, INC.<br><br>Defendant. | No.  22-cv-2184-CSB-EIL |

**JOINT MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE**

NOW COME the Plaintiffs, CENTRAL LABORERS' PENSION FUND, *et al.*, by and through their attorneys, Cavanagh & O'Hara LLP, and for a Joint Motion to Extend Dispositive Motion Deadline state as follows:

1. At the August 28, 2025, Status Conference, the Court granted the Parties' oral motion to extend the dispositive motion deadline.

2. The current deadline for filing dispositive motions is September 26, 2025.

3. Since that Status Conference, the Parties have continued to work toward settlement, including the exchanging of settlement documents, and certain settlement-related documents have been executed.

4. However, as this matter involves multiple audits that initially reflected significant liability, the Parties are still working toward agreement and understanding of the unresolved amounts sought by Plaintiffs in a stipulated judgment.

5. Plaintiffs have conferred with Defendant's counsel, who consents to the requested extension and approved the filing of this Joint Motion.

6. Accordingly, Plaintiffs respectfully request an additional fourteen (14) days to allow the Parties to finalize the settlement documents. The parties are highly optimistic this matter will be resolved without the necessity of the filing of dispositive motions which will conserve the resources of the parties and this Court.

WHEREFORE, CENTRAL LABORERS' PENSION FUND, *et al.*, respectfully requests that this Court extend the dispositive motion deadline until October 10, 2025, and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

CENTRAL LABORERS' PENSION FUND, *et al.*,

/s/ Cressa Wagner
Cressa E. Wagner
ARDC# 6350048
Cavanagh & O'Hara LLP
2319 West Jefferson Street
Springfield, IL 62702
Telephone: (217) 544-1771
Facsimile: (217) 544-9894
cressa@cavanagh-ohara.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 25, 2025, a copy of the foregoing was filed electronically with the Clerk of the Court, via the Court's CM/ECF system, which automatically caused a copy to be forwarded to the following:

Mr. Todd Miller  
Allocco, Miller & Cahill, P.C.  
20 N. Wacker Drive, Ste. 3517  
Chicago, IL 60606  
TEL (312) 675-4325  
FAX (312) 675-4326  
tam@allocomiller.com

By:    /s/ Cressa Wagner  
        Cressa E. Wagner  
        ARDC# 6350048  
        Cavanagh & O'Hara LLP  
        2319 West Jefferson Street  
        Springfield, IL 62702  
        Telephone: (217) 544-1771  
        Facsimile: (217) 544-9894  
        cressa@cavanagh-ohara.com

        Attorneys for Plaintiffs