IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION FUND, CENTRAL LABORERS' SUPPLEMENTARY PENSION FUND, CENTRAL LABORERS' ANNUITY FUND, CENTRAL LABORERS' WELFARE FUND, CENTRAL LABORERS' RETIREMENT WELFARE FUND, NORTH CENTRAL ILLINOIS LABORERS' HEALTH & WELFARE FUND, ILLINOIS LABORERS' & CONTRACTORS TRAINING PROGRAM, ILLINOIS LABORERS' - EMPLOYERS' COOPERATION & EDUCATION TRUST, MIDWEST REGION FOUNDATION FOR FAIR CONTRACTING, MIDWEST REGION FOR FAIR CONTRACTING, CENTRAL ILLINOIS BUILDERS INDUSTRY ADVANCEMENT FUND, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | No.    22-cv-2184-CSB-EIL |
| v. | ) ) ) | |
| CENTURY ASPHALT AND CONSTRUCTION, INC. | ) ) ) ) | |
| Defendant. | ) | |

## MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE

NOW COME the Plaintiffs, CENTRAL LABORERS' PENSION FUND, *et al.,* by and through their attorneys, Cavanagh & O'Hara LLP, and for a Joint Motion to Extend Dispositive Motion Deadline state as follows:

1.     The current deadline for filing dispositive motions is October 24, 2025. See Text Order dated October 14, 2025.

2.     Since that Text Order, which moved the dispositive motion deadline due to the parties Joint Motion, the Parties have continued to work toward settlement, including the

exchanging of settlement documents, and certain settlement-related documents have been executed.

3. However, as the Court is aware, this matter involves multiple audits that initially reflected significant liability and the Parties are still working toward agreement and understanding of the unresolved amounts sought by Plaintiffs in a stipulated judgment. Since the last filing, the Parties have exchanged further information which should clarify any outstanding issues. Plaintiffs believe the last remaining step of this matter is the signature on the settlement documents.

4. Plaintiffs reluctantly request an additional extension of time in this matter. Plaintiffs were very optimistic the executed documents were going to be completed by the latest deadline set by the Court. However, the settlement documents and stipulated judgment have not been returned as executed.

5. Plaintiffs have conferred with Defendant's counsel, who consents to the requested extension and approved the filing of this Joint Motion.

6. Accordingly, Plaintiffs respectfully request an additional fourteen (14) days to allow the Parties to finalize the settlement documents. The parties are optimistic this matter will be resolved without the necessity of the filing of dispositive motions which will conserve the resources of the parties and this Court.

7. Absent extraordinary circumstances, Plaintiffs will not request further extensions.

WHEREFORE, CENTRAL LABORERS' PENSION FUND, *et al.,* respectfully requests that this Court extend the dispositive motion deadline until November 21, 2025, and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

CENTRAL LABORERS' PENSION FUND, *et al.,*

/s/ Jacob Blickhan
Jacob Blickhan
Cavanagh & O'Hara LLP
2319 West Jefferson Street
Springfield, IL 62702
Telephone: (217) 544-1771
Facsimile: (217) 544-9894
jacobblickhan@cavanagh-ohara.com

## CERTIFICATE OF SERVICE

    I hereby certify that on November 7, 2025, a copy of the foregoing was filed electronically with the Clerk of the Court, via the Court's CM/ECF system, which automatically caused a copy to be forwarded to the following:

Mr. Todd Miller
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Ste. 3517
Chicago, IL 60606
TEL (312) 675-4325
FAX (312) 675-4326
tam@allocomiller.com

                By:    /s/ Jacob Blickhan
                Jacob Blickhan
                Cavanagh & O'Hara LLP
                2319 West Jefferson Street
                Springfield, IL 62702
                Telephone: (217) 544-1771
                Facsimile: (217) 544-9894
                jacobblickhan@cavanagh-ohara.com

                Attorneys for Plaintiffs