IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION FUND, CENTRAL LABORERS' SUPPLEMENTARY PENSION FUND, CENTRAL LABORERS' ANNUITY FUND, CENTRAL LABORERS' WELFARE FUND, CENTRAL LABORERS' RETIREMENT WELFARE FUND, NORTH CENTRAL ILLINOIS LABORERS' HEALTH & WELFARE FUND, ILLINOIS LABORERS' & CONTRACTORS TRAINING PROGRAM, ILLINOIS LABORERS' - EMPLOYERS' COOPERATION & EDUCATION TRUST, MIDWEST REGION FOUNDATION FOR FAIR CONTRACTING, MIDWEST REGION FOR FAIR CONTRACTING, CENTRAL ILLINOIS BUILDERS INDUSTRY ADVANCEMENT FUND, <br><br>　　　　Plaintiffs, <br><br>v. <br><br>CENTURY ASPHALT AND CONSTRUCTION, INC. <br><br>　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No.　22-cv-2184-CSB-EIL |

**MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE**

NOW COME the Plaintiffs, CENTRAL LABORERS' PENSION FUND, *et al.,* by and through their attorneys, Cavanagh & O'Hara LLP, and for a Joint Motion to Extend Dispositive Motion Deadline state as follows:

1.　The current deadline for filing dispositive motions is November 21, 2025. See Text Order dated November 7, 2025.

2.　Since that Text Order, which moved the dispositive motion deadline due to the parties Joint Motion, the Parties have continued to work toward settlement, including the

exchanging of settlement documents, and certain settlement-related documents have been executed.

3. However, as the Court is aware, this matter involves multiple audits that initially reflected significant liability and the Parties are still working toward agreement and understanding of the unresolved amounts sought by Plaintiffs in a stipulated judgment. Since the last filing, the Parties have exchanged further information which should clarify any outstanding issues. Plaintiffs believe the last remaining step of this matter is the signature on the settlement documents.

4. Plaintiffs reluctantly request an additional extension of time in this matter. Plaintiffs were very optimistic the executed documents were going to be completed by the latest deadline set by the Court. Since the last motion was filed, Defendant indicated that the settlement documents would be executed on either November 14, 2025, or November 15, 2025. However, the settlement documents have not been sent to Plaintiffs as of today's date.

5. Plaintiffs have attempted to contact Defendant's counsel but as of the date of this filing Defendant has not returned Plaintiffs' counsel's attempted contacts. Therefore, Plaintiffs cannot state whether Defendant objects to an additional extension.

6. Accordingly, Plaintiffs respectfully request an additional thirty (30) days to either submit the settlement documents or file dispositive motions. Plaintiffs are hopeful this matter can still be settled, however, Plaintiffs recognize that this case needs to move on the Court's docket. Plaintiffs are requesting a longer extension than prior motions because if the Plaintiffs do not receive the settlement documents in the next seven (7) days then Plaintiffs will need to prepare and file a motion for summary judgment for consideration by this Court.

7. Absent extraordinary circumstances, Plaintiffs will not request a further extension and will either file a dispositive motion or settlement documents.

WHEREFORE, CENTRAL LABORERS' PENSION FUND, *et al.,* respectfully requests that this Court extend the dispositive motion deadline until December 19, 2025, and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

CENTRAL LABORERS' PENSION FUND, *et al.,*

/s/ Jacob Blickhan
Jacob Blickhan
Cavanagh & O'Hara LLP
2319 West Jefferson Street
Springfield, IL 62702
Telephone: (217) 544-1771
Facsimile: (217) 544-9894
jacobblickhan@cavanagh-ohara.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 21, 2025, a copy of the foregoing was filed electronically with the Clerk of the Court, via the Court's CM/ECF system, which automatically caused a copy to be forwarded to the following:

Mr. Todd Miller
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Ste. 3517
Chicago, IL 60606
TEL (312) 675-4325
FAX (312) 675-4326
tam@allocomiller.com

                                              By:   /s/ Jacob Blickhan
                                              Jacob Blickhan
                                              Cavanagh & O'Hara LLP
                                              2319 West Jefferson Street
                                              Springfield, IL 62702
                                              Telephone: (217) 544-1771
                                              Facsimile: (217) 544-9894
                                              jacobblickhan@cavanagh-ohara.com

                                              Attorneys for Plaintiffs