IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION FUND, CENTRAL LABORERS' SUPPLEMENTARY PENSION FUND, CENTRAL LABORERS' ANNUITY FUND, CENTRAL LABORERS' WELFARE FUND, CENTRAL LABORERS' RETIREMENT WELFARE FUND, NORTH CENTRAL ILLINOIS LABORERS' HEALTH & WELFARE FUND, ILLINOIS LABORERS' & CONTRACTORS TRAINING PROGRAM, ILLINOIS LABORERS' - EMPLOYERS' COOPERATION & EDUCATION TRUST, MIDWEST REGION FOUNDATION FOR FAIR CONTRACTING, MIDWEST REGION FOR FAIR CONTRACTING, CENTRAL ILLINOIS BUILDERS INDUSTRY ADVANCEMENT FUND, <br><br>          Plaintiffs, <br><br>v. <br><br>CENTURY ASPHALT AND CONSTRUCTION, INC. <br><br>          Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No.     22-cv-2184-CSB-EIL |

## MOTION TO STAY DISPOSITIVE MOTION DEADLINE AND REQUEST TELEPHONIC STATUS CONFERENCE

NOW COME the Plaintiffs, CENTRAL LABORERS' PENSION FUND, *et al.,* by and through their attorneys, Cavanagh & O'Hara LLP, and for a Joint Motion to Stay Dispositive Motion Deadline state as follows:

1. The current deadline for filing dispositive motions is December 19, 2025.

2. Plaintiffs indicated in a previous motion that it would not seek further continuance of the dispositive motion deadline absent extraordinary circumstances. However, this case is at a unique procedural posture. Specifically, the parties have devoted substantial time and resources

toward resolving this matter through settlement, including the analysis and reconciliation of nearly ten (10) years of Defendant's payroll records. As a result of those efforts, the parties have negotiated and executed certain material settlement documents. Indeed, the only outstanding document required to be executed is the approval from Defendant to submit the stipulation indicating it approves the Court entering the stipulated judgment. As such, Plaintiffs' position is this case is settled.

   3. Accordingly, Plaintiffs respectfully request this Court set a telephonic status conference for the parties to apprise the Court of the status of settlement and discuss whether a settlement conference would resolve this case.

   4. Plaintiffs recognize they have filed several extensions in this case. However, Plaintiffs believe it would conserve the parties, and this Court's, resources to resolve this case through settlement rather than utilize the Court's resources to review and rule on a motion for summary judgment spanning multiple payroll audits and years of records.

   5. Plaintiffs conferred with Defendant's counsel and Defendant has no objection to this motion.

   WHEREFORE, CENTRAL LABORERS' PENSION FUND, *et al.,* respectfully requests that this Court enter an order:

   i.) Setting a telephonic Status Conference at the Court's convenience;

   ii.) Staying the Dispositive Motion deadlines:

   iii.) Such further and other relief that the Court deems just and equitable.

            Respectfully submitted,

            CENTRAL LABORERS' PENSION FUND, *et al.,*

/s/ Jacob Blickhan
Jacob Blickhan
Cavanagh & O'Hara LLP
2319 West Jefferson Street
Springfield, IL 62702
Telephone: (217) 544-1771
Facsimile: (217) 544-9894
jacobblickhan@cavanagh-ohara.com

## CERTIFICATE OF SERVICE

  I hereby certify that on December 15, 2025, a copy of the foregoing was filed electronically with the Clerk of the Court, via the Court's CM/ECF system, which automatically caused a copy to be forwarded to the following:

Mr. Todd Miller
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Ste. 3517
Chicago, IL 60606
TEL (312) 675-4325
FAX (312) 675-4326
tam@allocomiller.com

By: /s/ Jacob Blickhan
Jacob Blickhan
Cavanagh & O'Hara LLP
2319 West Jefferson Street
Springfield, IL 62702
Telephone: (217) 544-1771
Facsimile: (217) 544-9894
jacobblickhan@cavanagh-ohara.com

Attorneys for Plaintiffs
