E-FILED
Friday, 27 March, 2026  02:51:14 PM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Central Laborers' Pension Fund, et al., | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    22-2184 |
| Century Asphalt & Construction, Inc. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Central Laborers Pension Fund, et al.                                                        .

Date:        06/26/2025

s/ John P. Leahy
*Attorney's signature*

John P. Leahy, 6229680
*Printed name and bar number*

Cavanagh & O'Hara LLP
2319 West Jefferson
Springfield, IL 62702

*Address*

johnleahy@cavanagh-ohara.com
*E-mail address*

(217) 544-1771
*Telephone number*

(217) 544-9894
*FAX number*