E-FILED
Monday, 30 March, 2026  09:22:28 AM
Clerk, U.S. District Court, ILCD

# EXHIBIT "1"

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

CENTRAL LABORERS' PENSION FUND, )
CENTRAL LABORERS' SUPPLEMENTARY )
PENSION FUND, CENTRAL LABORERS' )
ANNUITY FUND, CENTRAL LABORERS' )
WELFARE FUND, CENTRAL LABORERS' )
RETIREMENT WELFARE FUND, )
NORTH CENTRAL ILLINOIS LABORERS' )
HEALTH & WELFARE FUND, )
ILLINOIS LABORERS' & CONTRACTORS )
TRAINING PROGRAM, ILLINOIS LABORERS' )
- EMPLOYERS' COOPERATION & )
EDUCATION TRUST, MIDWEST REGION )  No.    22-cv-2184-CSB-EIL
FOUNDATION FOR FAIR CONTRACTING, )
MIDWEST REGION FOR FAIR CONTRACTING,)
CENTRAL ILLINOIS BUILDERS INDUSTRY )
ADVANCEMENT FUND, )
                                   )
        Plaintiffs, )
                                   )
v. )
                                   )
CENTURY ASPHALT AND )
CONSTRUCTION, INC. )
                                   )
        Defendant. )

**PLAINTIFFS' REQUEST FOR ADMISSION OF FACTS AND GENUINENESS OF DOCUMENTS, INTERROGATRRORIES, AND REQUEST TO PRODUCE DOCUMENTS DIRECTED TO DEFENDANT CENTURY ASPHALT & CONSTRUCTION, INC.**

NOW COME Plaintiffs, CENTRAL LABORERS' PENSION FUND, *et al.,* by their attorneys, Cavanagh & O'Hara LLP, and for their Request for Admission of Facts and Genuineness of Documents, Interrogatories, and Request to Produce Documents, pursuant to Rules 33, 34 and 36 of the Federal Rules of Civil Procedure, state as follows and request that Defendant, CENTURY ASPHALT & CONSTRUCTION, INC. answer the following Requests for Admission of Facts and

Genuineness of Documents, Interrogatories, and Request to Produce Documents, to be answered under oath and within thirty (30) days of service hereof:

## INSTRUCTIONS

1.      Each matter is admitted unless, within thirty (30) days after service of Plaintiffs' Request for Admission of Facts and Genuineness of Documents, Defendant serves on Plaintiffs a written answer or objection addressed to the matter that is signed by Defendant or its attorney.

2.      If a matter is not admitted, Defendant's answer must specifically deny it or state in detail why Defendant cannot truthfully admit or deny it.

3.      A denial must fairly respond to the substance of the matter; and when good faith requires that Defendant qualify an answer or deny only a part of a matter, Defendant must specify the part admitted and qualify or deny the rest.

4.      Defendant may not assert lack of knowledge or information as a reason for failing to admit or deny unless Defendant states that it has made a reasonable inquiry and that the information it knows or can readily obtain is insufficient to enable Defendant to admit or deny.

5.      If Defendant objects to a request, the grounds for objecting to a request must be stated. Defendant may not object solely on the ground that the request presents a genuine issue for trial.

6.      If Defendant denies any of the foregoing requests for admission of facts or for the genuineness of documents, in whole or in part, Defendant shall:

      a.      State with particularity the specific factual basis for each denial;

      b.      Produce to Plaintiffs all documents supporting each such denial or otherwise concerning the requested admission of facts or genuineness of documents in its possession, custody or control; and

     c.     Identify each and every person with knowledge of the requested admission of facts or genuineness of documents.

7.     These requests for admission of facts and genuineness of documents shall be deemed to be continuing until trial. Information sought by these requests and that you obtain after you serve your responses must be disclosed to the Plaintiffs' counsel by supplementary responses prior to any hearing or trial in this action.

8.     As used herein, "Defendant" means CENTURY ASPHALT AND CONSTRUCTION, LLC.

9.     As used herein, "hours" means regular and overtime hours.

10.     As used herein, "Covered Work" means work covered under the various collective bargaining agreements which give rise to an obligation to pay fringe benefit contributions to the Plaintiffs for each hour of work performed.

11.     As used herein, "collective bargaining agreement" means the applicable collective bargaining agreement and any wage addendums setting forth the applicable contribution rates thereto.

## REQUESTS FOR ADMISSION OF FACTS

1.     Defendant became signatory to a collective bargaining agreement with Laborers Local 751 on August 19, 2003. *See* Exhibit 1.

**ANSWER:**

2.     The signatory page from the collective bargaining agreement with Laborers Local 751 to which Defendant became signatory is attached hereto as Exhibit 1.

**ANSWER:**

3.     Defendant has never terminated the collective bargaining agreement with Laborers' Local 751.

**ANSWER:**

4.     Defendant is bound to subsequent collective bargaining agreements with Laborers' Local 751.

**ANSWER:**

5.     Defendant was bound to a collective bargaining agreement with Laborers' Local 751 for the time period of May 1, 2012, through April 30, 2015. *See* Exhibit 2.

**ANSWER:**

6.     The collective bargaining agreement with Laborers Local 751 for the time period of May 1, 2012, through April 30, 2015, is attached hereto as Exhibit 2.

**ANSWER:**

7.     Defendant was bound to a collective bargaining agreement with Laborers Local 751 for the time period of May 1, 2015, through April 30, 2018. *See*, Exhibit 3.

**ANSWER:**

8.     The collective bargaining agreement with Laborers Local 751 for the time period of May 1, 2015, through April 30, 2015, is attached hereto as Exhibit 3.

**ANSWER:**

9.     Defendant was bound to a collective bargaining agreement with Laborers Local 751 for the time period of May 1, 2018, through April 30, 2022. *See*, Exhibit 4.

**ANSWER:**

10.     The collective bargaining agreement with Laborers Local 751 for the time period of May 1, 2018, through April 30, 2022, is attached hereto as Exhibit 4.

**ANSWER:**

11.     Defendant was bound to a collective bargaining agreement with Laborers Local 751 for the time period of May 1, 2022, through April 30, 2027. *See*, Exhibit 5.

**ANSWER:**

12.     The collective bargaining agreement with Laborers Local 751 for the time period of May 1, 2022, through April 30, 2027, is attached hereto as Exhibit 5.

**ANSWER:**

13.     Defendant became signatory to a collective bargaining agreement with Laborers Local 996 on August 9, 2010. *See* Exhibit 6.

**ANSWER:**

14.     The signatory page from the collective bargaining agreement with Laborers Local 996 to which Defendant became signatory is attached hereto as Exhibit 6.

**ANSWER:**

15.     Defendant has never terminated the collective bargaining agreement with Laborers Local 996.

**ANSWER:**

16.     Defendant is bound to subsequent collective bargaining agreements with Laborers Local 996.

**ANSWER:**

17.     By virtue of becoming signatory to a collective bargaining agreement with Laborers Local 996 on August 9, 2010, Defendant was bound to the collective bargaining agreement then in effect, which covered the time frame of May 1, 2006, through April 30, 2011. *See* Exhibit 7.

**ANSWER:**

18.     The collective bargaining agreement with Laborers Local 996 for the time period of May 1, 2006, through April 30, 2011, is attached hereto as Exhibit 7.

**ANSWER:**

19.     Defendant was bound to a collective bargaining agreement with Laborers Local 996 for the time period of May 1, 2011, through April 30, 2014. *See* Exhibit 8.

**ANSWER:**

20.     The collective bargaining agreement with Laborers Local 996 for the time period of May 1, 2011, through April 30, 2014, is attached hereto as Exhibit 8.

**ANSWER:**

21.     Defendant was bound to a collective bargaining agreement with Laborers Local 996 for the time period of May 1, 2011, through April 30, 2014. *See* Exhibit 8.

**ANSWER:**

22.     The collective bargaining agreement with Laborers Local 996 for the time period of May 1, 2011, through April 30, 2014, is attached hereto as Exhibit 8.

**ANSWER:**

23.     Defendant was bound to a collective bargaining agreement with Laborers Local 996 for the time period of May 1, 2014, through April 30, 2017. *See* Exhibit 9.

**ANSWER:**

24.     The collective bargaining agreement with Laborers Local 996 for the time period of May 1, 2014, through April 30, 2017, is attached hereto as Exhibit 9.

**ANSWER:**

25.     Defendant was bound to a collective bargaining agreement with Laborers Local 996 for the time period of May 1, 2017, through April 30, 2020. *See* Exhibit 10.

**ANSWER:**

26.     The collective bargaining agreement with Laborers Local 996 for the time period of May 1, 2017, through April 30, 2020, is attached hereto as Exhibit 10.

**ANSWER:**

27.     Defendant was bound to a collective bargaining agreement with Laborers Local 996 for the time period of May 1, 2020, through April 30, 2025. *See* Exhibit 11.

**ANSWER:**

28.     The collective bargaining agreement with Laborers Local 996 for the time period of May 1, 2020, through April 30, 2025, is attached hereto as Exhibit 11.

**ANSWER:**

29.     Defendant became signatory to a collective bargaining agreement with Laborers Local 703 on August 20, 2014. *See* Exhibit 12.

**ANSWER:**

30.     The signatory page from the collective bargaining agreement with Laborers Local 703 to which Defendant became signatory is attached hereto as Exhibit 12.

**ANSWER:**

31.     Defendant has never terminated the collective bargaining agreement with Laborers Local 703.

**ANSWER:**

32.     Defendant is bound to subsequent collective bargaining agreements with Laborers Local 703.

**ANSWER:**

33.     By virtue of becoming signatory to a collective bargaining agreement with Laborers Local 703 on August 20, 2014, Defendant was bound to the collective bargaining agreement then in effect, which covered the time frame of May 1, 2013, through April 30, 2018. *See* Exhibit 13.

**ANSWER:**

34.     The collective bargaining agreement with Laborers Local 703 for the time period of May 1, 2013, through April 30, 2018, is attached hereto as Exhibit 13.

**ANSWER:**

35.     Defendant was bound to a collective bargaining agreement with Laborers Local 703 for the time period of May 1, 2018, through April 30, 2023. *See* Exhibit 14.

**ANSWER:**

36.     The collective bargaining agreement with Laborers Local 703 for the time period of May 1, 2018, through April 30, 2023, is attached hereto as Exhibit 14.

**ANSWER:**

37.     Defendant became signatory to a collective bargaining agreement with Laborers Local 477 on August 5, 2020. *See* Exhibit 15.

**ANSWER:**

38.     The signatory page from the collective bargaining agreement with Laborers Local 477 to which Defendant became signatory is attached hereto as Exhibit 15.

**ANSWER:**

39.     Defendant has never terminated the collective bargaining agreement with Laborers Local 477.

**ANSWER:**

40.     Defendant is bound to subsequent collective bargaining agreements with Laborers Local 477.

**ANSWER:**

41.     By virtue of becoming signatory to a collective bargaining agreement with Laborers Local 477 on August 5, 2020, Defendant was bound to the collective bargaining agreement then in effect, which covered the time frame of May 1, 2016, through April 30, 2021. *See* Exhibit 16.

**ANSWER:**

42.     The collective bargaining agreement with Laborers Local 477 for the time period of May 1, 2016, through April 30, 2021, is attached hereto as Exhibit 16.

**ANSWER:**

43.     Defendant was bound to a collective bargaining agreement with Laborers Local 477 for the time period of May 1, 2021, through April 30, 2025. *See* Exhibit 17.

**ANSWER:**

44.     The collective bargaining agreement with Laborers Local 477 for the time period of May 1, 2021, through April 30, 2025, is attached hereto as Exhibit 17.

**ANSWER:**

45.     Defendant is signatory to a participation agreement, effective August 20, 2014, between the Defendant and the Central Laborers' Pension Fund, Central Laborers' Welfare Fund, Central Laborers' Annuity Fund, Illinois Laborers' and Contractors' Joint Apprenticeship and Training Program, and other named Plaintiffs for which Central Laborers' Pension Fund acts as the collection agent, which covers the jurisdiction of Laborers Local 703. *See* Exhibit 18.

**ANSWER:**

46.     The participation agreement covering the jurisdiction of Laborers Local 703 and effective August 20, 2014, is attached hereto as Exhibit 18.

**ANSWER:**

47.     Defendant is signatory to a participation agreement, effective August 25, 2020, between the Defendant and the Central Laborers' Pension Fund, Central Laborers' Welfare Fund, Central Laborers' Annuity Fund, Illinois Laborers' and Contractors' Joint Apprenticeship and Training Program, and other named Plaintiffs for which Central Laborers' Pension Fund acts as the collection agent, which covers the jurisdiction of Laborers Local 477. *See* Exhibit 19.

**ANSWER:**

48.    The participation agreement covering the jurisdiction of Laborers Local 477 and effective August 5, 2020, is attached hereto as Exhibit 19.

**ANSWER:**

49.    Defendant is signatory to a non-bargaining unit alumni and non-bargaining unit employees participation agreement with the North Central Illinois Laborers Health & Welfare Fund, which was effective beginning in December 2007. *See* Exhibit 20.

**ANSWER:**

50.    The non-bargaining unit alumni and non-bargaining unit employees participation agreement with the North Central Illinois Laborers Health & Welfare Fund is attached hereto as Exhibit 20.

**ANSWER:**

51.    Exhibit 21 attached to these Requests is a true and accurate copy of a Statement of Additional Reportable Hours Due for Century Asphalt Construction on Behalf of the Central Laborers' Pension, Welfare and Annuity Funds for the Period of January 1, 2011 to February 28, 2017, prepared by Romolo & Associates after examining the Defendant's records concerning the Plaintiffs.

**ANSWER:**

52.    Exhibit 21 shows the hours of work performed by Willie C. Felton within the jurisdiction of Laborers Local 703 for the time period of January 1, 2015 through December 31, 2015, for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

53.    Exhibit 21 shows the hours of work performed by Willie C. Felton within the jurisdiction of Laborers Local 703 for the time period of January 1, 2015 through December 31, 2015, for which contributions were not paid by the Defendant.

**ANSWER:**

54.    Exhibit 21 shows the hours of work performed by Alfonzo Gibbs within the jurisdiction of Laborers Local 703 for the time period of January 1, 2015 through December 31, 2015, for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

55.    Exhibit 21 shows the hours of work performed by Alfonzo Gibbs within the jurisdiction of Laborers Local 703 for the time period of January 1, 2015 through December 31, 2015, for which contributions were not paid by the Defendant.

**ANSWER:**

56.     Exhibit 21 shows the hours of work performed by Emician Johnson within the jurisdiction of Laborers Local 703 for the time period of January 1, 2015 through December 31, 2015, for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

57.     Exhibit 21 shows the hours of work performed by Emician Johnson within the jurisdiction of Laborers Local 703 for the time period of January 1, 2015 through December 31, 2015, for which contributions were not paid by the Defendant.

**ANSWER:**

58.     Exhibit 21 shows the hours of work performed by Mataurus Johnson within the jurisdiction of Laborers Local 703 for the time period of January 1, 2015 through December 31, 2015, for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

59.     Exhibit 21 shows the hours of work performed by Mataurus Johnson within the jurisdiction of Laborers Local 703 for the time period of January 1, 2015 through December 31, 2015, for which contributions were not paid by the Defendant.

**ANSWER:**

60.     Exhibit 21 shows the hours of work performed by Ron Johnson within the jurisdiction of Laborers Local 703 for the time period of January 1, 2015 through December 31, 2015, for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

61.     Exhibit 21 shows the hours of work performed by Ron Johnson within the jurisdiction of Laborers Local 703 for the time period of January 1, 2015 through December 31, 2015, for which contributions were not paid by the Defendant.

**ANSWER:**

62.     Exhibit 21 shows the hours of work performed by Leon Mondy within the jurisdiction of Laborers Local 703 for the time period of January 1, 2015 through December 31, 2015, for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

63.     Exhibit 21 shows the hours of work performed by Leon Mondy within the jurisdiction of Laborers Local 703 for the time period of January 1, 2015 through December 31, 2015, for which contributions were not paid by the Defendant.

**ANSWER:**

64.    Exhibit 21 shows the hours of work performed by Emician Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2015 through December 31, 2015, for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

65.    Exhibit 21 shows the hours of work performed by Emician Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2015 through December 31, 2015, for which contributions were not paid by the Defendant.

**ANSWER:**

66.    Exhibit 21 shows the hours of work performed by Mataurus Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2015 through December 31, 2015, for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

67.    Exhibit 21 shows the hours of work performed by Mataurus Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2015 through December 31, 2015, for which contributions were not paid by the Defendant.

**ANSWER:**

68.    Exhibit 21 shows the hours of work performed by Leon Mondy within the jurisdiction of Laborers Local 751 for the time period of January 1, 2015 through December 31, 2015, for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

69.    Exhibit 21 shows the hours of work performed by Leon Mondy within the jurisdiction of Laborers Local 751 for the time period of January 1, 2015 through December 31, 2015, for which contributions were not paid by the Defendant.

**ANSWER:**

70.    Exhibit 21 shows the hours of work performed by Alfonzo Gibbs within the jurisdiction of Laborers Local 751 for the time period of January 1, 2016 through December 31, 2016, for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

71.    Exhibit 21 shows the hours of work performed by Alfonzo Gibbs within the jurisdiction of Laborers Local 751 for the time period of January 1, 2016 through December 31, 2016, for which contributions were not paid by the Defendant.

**ANSWER:**

72.     Exhibit 21 shows the hours of work performed by Emician Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2016 through December 31, 2016, for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

73.     Exhibit 21 shows the hours of work performed by Emician Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2016 through December 31, 2016, for which contributions were not paid by the Defendant.

**ANSWER:**

74.     Exhibit 21 shows the hours of work performed by Mataurus Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2016 through December 31, 2016, for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

75.     Exhibit 21 shows the hours of work performed by Mataurus Gibbs within the jurisdiction of Laborers Local 751 for the time period of January 1, 2016 through December 31, 2016, for which contributions were not paid by the Defendant.

**ANSWER:**

76.     Exhibit 21 shows the hours of work performed by Ron Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2016 through December 31, 2016, for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

77.     Exhibit 21 shows the hours of work performed by Ron Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2016 through December 31, 2016, for which contributions were not paid by the Defendant.

**ANSWER:**

78.     Exhibit 21 shows the hours of work performed by Willie C. Felton within the jurisdiction of Laborers Local 751 for the time period of January 1, 2013 through December 31, 2013, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Funder were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

79.     Exhibit 21 shows the hours of work performed by Willie C. Felton within the jurisdiction of Laborers Local 751 for the time period of January 1, 2013 through December 31, 2013, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Fund were not paid by the Defendant.

**ANSWER:**

80.    Exhibit 21 shows the hours of work performed by Alfonzo Gibbs within the jurisdiction of Laborers Local 751 for the time period of January 1, 2013 through December 31, 2013, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Funder were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

81.    Exhibit 21 shows the hours of work performed by Alfonzo Gibbs within the jurisdiction of Laborers Local 751 for the time period of January 1, 2013 through December 31, 2013, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Fund were not paid by the Defendant.

**ANSWER:**

82.    Exhibit 21 shows the hours of work performed by Emician Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2013 through December 31, 2013, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Funder were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

83.    Exhibit 21 shows the hours of work performed by Emician Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2013 through December 31, 2013, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Fund were not paid by the Defendant.

**ANSWER:**

84.    Exhibit 21 shows the hours of work performed by Mataurus Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2013 through December 31, 2013, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Funder were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

85.    Exhibit 21 shows the hours of work performed by Mataurus Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2013 through December 31, 2013, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Fund were not paid by the Defendant.

**ANSWER:**

86.    Exhibit 21 shows the hours of work performed by Ron Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2013 through December 31, 2013, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Funder were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

87.    Exhibit 21 shows the hours of work performed by Ron Johnson with the jurisdiction of Laborers Local 751 for the time period of January 1, 2013 through December 31, 2013, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Fund were not paid by the Defendant.

**ANSWER:**

88.    Exhibit 21 shows the hours of work performed by Willie C. Felton within the jurisdiction of Laborers Local 751 for the time period of January 1, 2014 through December 31, 2014, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Funder were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

89.    Exhibit 21 shows the hours of work performed by Willie C. Felton within the jurisdiction of Laborers Local 751 for the time period of January 1, 2014 through December 31, 2014, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Fund were not paid by the Defendant.

**ANSWER:**

90.    Exhibit 21 shows the hours of work performed by Alfonzo Gibbs within the jurisdiction of Laborers Local 751 for the time period of January 1, 2014 through December 31, 2014, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Funder were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

91.    Exhibit 21 shows the hours of work performed by Alfonzo Gibbs within the jurisdiction of Laborers Local 751 for the time period of January 1, 2014 through December 31, 2014, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Fund were not paid by the Defendant.

**ANSWER:**

92.    Exhibit 21 shows the hours of work performed by Emician Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2014 through December 31, 2014, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Funder were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

93.    Exhibit 21 shows the hours of work performed by Emician Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2014 through December 31, 2014, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Fund were not paid by the Defendant.

**ANSWER:**

94.     Exhibit 21 shows the hours of work performed by Mataurus Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2014 through December 31, 2014, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Funder were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

95.     Exhibit 21 shows the hours of work performed by Mataurus Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2014 through December 31, 2014, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Fund were not paid by the Defendant.

**ANSWER:**

96.     Exhibit 21 shows the hours of work performed by Ron Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2014 through December 31, 2014, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Funder were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

97.     Exhibit 21 shows the hours of work performed by Ron Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2014 through December 31, 2014, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Fund were not paid by the Defendant.

**ANSWER:**

98.     Exhibit 21 shows the hours of work performed by Leon Mondy within the jurisdiction of Laborers Local 751 for the time period of January 1, 2014 through December 31, 2014, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Funder were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

99.     Exhibit 21 shows the hours of work performed by Leon Mondy within the jurisdiction of Laborers Local 751 for the time period of January 1, 2014 through December 31, 2014, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Fund were not paid by the Defendant.

**ANSWER:**

100.    Exhibit 21 shows the hours of work performed by Robert Boone within the jurisdiction of Laborers Local 751 for the time period of January 1, 2015 through December 31, 2015, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Funder were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

101. Exhibit 21 shows the hours of work performed by Robert Boone within the jurisdiction of Laborers Local 751 for the time period of January 1, 2015 through December 31, 2015, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Fund were not paid by the Defendant.

**ANSWER:**

102. Exhibit 21 shows the hours of work performed by Willie C. Felton within the jurisdiction of Laborers Local 751 for the time period of January 1, 2015 through December 31, 2015, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Funder were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

103. Exhibit 21 shows the hours of work performed by Willie C. Felton within the jurisdiction of Laborers Local 751 for the time period of January 1, 2015 through December 31, 2015, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Fund were not paid by the Defendant.

**ANSWER:**

104. Exhibit 21 shows the hours of work performed by Gustavo Garcia within the jurisdiction of Laborers Local 751 for the time period of January 1, 2015 through December 31, 2015, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Funder were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

105. Exhibit 21 shows the hours of work performed by Gustavo Garcia within the jurisdiction of Laborers Local 751 for the time period of January 1, 2015 through December 31, 2015, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Fund were not paid by the Defendant.

**ANSWER:**

106. Exhibit 21 shows the hours of work performed by Alfonzo Gibbs within the jurisdiction of Laborers Local 751 for the time period of January 1, 2015 through December 31, 2015, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Funder were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

107. Exhibit 21 shows the hours of work performed by Alfonzo Gibbs within the jurisdiction of Laborers Local 751 for the time period of January 1, 2015 through December 31, 2015, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Fund were not paid by the Defendant.

**ANSWER:**

108.　　Exhibit 21 shows the hours of work performed by Emician Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2015 through December 31, 2015, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Funder were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

109.　　Exhibit 21 shows the hours of work performed by Emician Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2015 through December 31, 2015, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Fund were not paid by the Defendant.

**ANSWER:**

110.　　Exhibit 21 shows the hours of work performed by Mataurus Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2015 through December 31, 2015, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Funder were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

111.　　Exhibit 21 shows the hours of work performed by Mataurus Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2015 through December 31, 2015, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Fund were not paid by the Defendant.

**ANSWER:**

112.　　Exhibit 21 shows the hours of work performed by Ron Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2015 through December 31, 2015, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Funder were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

113.　　Exhibit 21 shows the hours of work performed by Ron Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2015 through December 31, 2015, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Fund were not paid by the Defendant.

**ANSWER:**

114.　　Exhibit 21 shows the hours of work performed by Leon Mondy within the jurisdiction of Laborers Local 751 for the time period of January 1, 2015 through December 31, 2015, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Funder were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

115.    Exhibit 21 shows the hours of work performed by Leon Mondy within the jurisdiction of Laborers Local 751 for the time period of January 1, 2015 through December 31, 2015, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Fund were not paid by the Defendant.

**ANSWER:**

116.    Exhibit 21 shows the hours of work performed by Thomas Watson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2015 through December 31, 2015, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Funder were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

117.    Exhibit 21 shows the hours of work performed by Thomas Watson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2015 through December 31, 2015, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Fund were not paid by the Defendant.

**ANSWER:**

118.    Exhibit 21 shows the hours of work performed by Willie C. Felton within the jurisdiction of Laborers Local 751 for the time period of January 1, 2016 through December 31, 2016, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Funder were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

119.    Exhibit 21 shows the hours of work performed by Willie C. Felton within the jurisdiction of Laborers Local 751 for the time period of January 1, 2016 through December 31, 2016, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Fund were not paid by the Defendant.

**ANSWER:**

120.    Exhibit 21 shows the hours of work performed by Alfonzo Gibbs within the jurisdiction of Laborers Local 751 for the time period of January 1, 2016 through December 31, 2016, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Funder were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

121.    Exhibit 21 shows the hours of work performed by Alfonzo Gibbs within the jurisdiction of Laborers Local 751 for the time period of January 1, 2016 through December 31, 2016, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Fund were not paid by the Defendant.

**ANSWER:**

122. Exhibit 21 shows the hours of work performed by Emician Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2016 through December 31, 2016, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Funder were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

123. Exhibit 21 shows the hours of work performed by Emician Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2016 through December 31, 2016, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Fund were not paid by the Defendant.

**ANSWER:**

124. Exhibit 21 shows the hours of work performed by Mataurus Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2016 through December 31, 2016, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Funder were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

125. Exhibit 21 shows the hours of work performed by Mataurus Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2016 through December 31, 2016, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Fund were not paid by the Defendant.

**ANSWER:**

126. Exhibit 21 shows the hours of work performed by Ron Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2016 through December 31, 2016, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Funder were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

127. Exhibit 21 shows the hours of work performed by Ron Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2016 through December 31, 2016, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Fund were not paid by the Defendant.

**ANSWER:**

128. Exhibit 21 shows the hours of work performed by Leon Mondy within the jurisdiction of Laborers Local 751 for the time period of January 1, 2016 through December 31, 2016, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Funder were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

129.    Exhibit 21 shows the hours of work performed by Leon Mondy within the jurisdiction of Laborers Local 751 for the time period of January 1, 2016 through December 31, 2016, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Fund were not paid by the Defendant.

**ANSWER:**

130.    Exhibit 21 shows the hours of work performed by Deontae Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2014 through December 31, 2014, for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

131.    Exhibit 21 shows the hours of work performed by Deontae Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2014 through December 31, 2014, for which contributions were not paid by the Defendant.

**ANSWER:**

132.    Exhibit 21 shows the hours of work performed by Tyrone Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2014 through December 31, 2014, for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

133.    Exhibit 21 shows the hours of work performed by Tyrone Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2014 through December 31, 2014, for which contributions were not paid by the Defendant.

**ANSWER:**

134.    Exhibit 21 shows the hours of work performed by Antonio Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2014 through December 31, 2014, for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

135.    Exhibit 21 shows the hours of work performed by Antonio Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2014 through December 31, 2014, for which contributions were not paid by the Defendant.

**ANSWER:**

136.    Exhibit 21 shows the hours of work performed by Deontae Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2015 through December 31, 2015, for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

137.    Exhibit 21 shows the hours of work performed by Deontae Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2015 through December 31, 2015, for which contributions were not paid by the Defendant.

**ANSWER:**

138.    Exhibit 21 shows the hours of work performed by Shale Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2015 through December 31, 2015, for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

139.    Exhibit 21 shows the hours of work performed by Shale Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2015 through December 31, 2015, for which contributions were not paid by the Defendant.

**ANSWER:**

140.    Exhibit 21 shows the hours of work performed by Tyrone Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2015 through December 31, 2015, for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

141.    Exhibit 21 shows the hours of work performed by Tyrone Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2015 through December 31, 2015, for which contributions were not paid by the Defendant.

**ANSWER:**

142.    Exhibit 21 shows the hours of work performed by Antonio Johnson within the jurisdiction of Laborers Local 751for the time period of January 1, 2015 through December 31, 2015, for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

143.    Exhibit 21 shows the hours of work performed by Antonio Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2015 through December 31, 2015, for which contributions were not paid by the Defendant.

**ANSWER:**

144.    Exhibit 21 shows the hours of work performed by Deontae Johnson within the jurisdiction of Laborers Local 751for the time period of January 1, 2016 through December 31, 2016, for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

145.    Exhibit 21 shows the hours of work performed by Deontae Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2016 through December 31, 2016, for which contributions were not paid by the Defendant.

**ANSWER:**

146.    Exhibit 21 shows the hours of work performed by Shale Johnson within the jurisdiction of Laborers Local 751for the time period of January 1, 2016 through December 31, 2016, for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

147.    Exhibit 21 shows the hours of work performed by Shale Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2016 through December 31, 2016, for which contributions were not paid by the Defendant.

**ANSWER:**

148.    Exhibit 21 shows the hours of work performed by Tyrone Johnson within the jurisdiction of Laborers Local 751for the time period of January 1, 2016 through December 31, 2016, for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

149.    Exhibit 21 shows the hours of work performed by Tyrone Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2016 through December 31, 2016, for which contributions were not paid by the Defendant.

**ANSWER:**

150.    Exhibit 21 shows the hours of work performed by Willie C. Felton within the jurisdiction of Laborers Local 996 for the time period of January 1, 2015 through December 31, 2015, for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

151.    Exhibit 21 shows the hours of work performed by Willie C. Felton within the jurisdiction of Laborers Local 996 for the time period of January 1, 2015 through December 31, 2015, for which contributions were not paid by the Defendant.

**ANSWER:**

152.    Exhibit 21 shows the hours of work performed by Alfonzo Gibbs within the jurisdiction of Laborers Local 996 for the time period of January 1, 2015 through December 31, 2015, for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

153.    Exhibit 21 shows the hours of work performed by Alfonzo Gibbs within the jurisdiction of Laborers Local 996 for the time period of January 1, 2015 through December 31, 2015, for which contributions were not paid by the Defendant.

**ANSWER:**

154.    Exhibit 21 shows the hours of work performed by Emician Johnson within the jurisdiction of Laborers Local 996 for the time period of January 1, 2015 through December 31, 2015, for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

155.    Exhibit 21 shows the hours of work performed by Emician Johnson within the jurisdiction of Laborers Local 996 for the time period of January 1, 2015 through December 31, 2015, for which contributions were not paid by the Defendant.

**ANSWER:**

156.    Exhibit 21 shows the hours of work performed by Mataurus Johnson within the jurisdiction of Laborers Local 996 for the time period of January 1, 2015 through December 31, 2015, for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

157.    Exhibit 21 shows the hours of work performed by Mataurus Johnson within the jurisdiction of Laborers Local 996 for the time period of January 1, 2015 through December 31, 2015, for which contributions were not paid by the Defendant.

**ANSWER:**

158.    Exhibit 21 shows the hours of work performed by Ron Johnson within the jurisdiction of Laborers Local 996 for the time period of January 1, 2015 through December 31, 2015, for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

159.    Exhibit 21 shows the hours of work performed by Ron Johnson within the jurisdiction of Laborers Local 996 for the time period of January 1, 2015 through December 31, 2015, for which contributions were not paid by the Defendant.

**ANSWER:**

160.    Exhibit 21 shows the hours of work performed by Leon Mondy within the jurisdiction of Laborers Local 996 for the time period of January 1, 2015 through December 31, 2015, for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

161.    Exhibit 21 shows the hours of work performed by Leon Mondy within the jurisdiction of Laborers Local 996 for the time period of January 1, 2015 through December 31, 2015, for which contributions were not paid by the Defendant.

**ANSWER:**

162.    Exhibit 21 shows the hours of work performed by Larry Ellis within the jurisdiction of Laborers Local 996 for the time period of January 1, 2014 through December 31, 2014, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Funder were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

163.    Exhibit 21 shows the hours of work performed by Larry Ellis within the jurisdiction of Laborers Local 996 for the time period of January 1, 2014 through December 31, 2014, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Fund were not paid by the Defendant.

**ANSWER:**

164.    Exhibit 21 shows the hours of work performed by Emician Johnson within the jurisdiction of Laborers Local 996 for the time period of January 1, 2014 through December 31, 2014, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Funder were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

165.    Exhibit 21 shows the hours of work performed by Emician Johnson within the jurisdiction of Laborers Local 996 for the time period of January 1, 2014 through December 31, 2014, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Fund were not paid by the Defendant.

**ANSWER:**

166.    Exhibit 21 shows the hours of work performed by Mataurus Johnson within the jurisdiction of Laborers Local 996 for the time period of January 1, 2014 through December 31, 2014, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Funder were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

167.    Exhibit 21 shows the hours of work performed by Mataurus Johnson within the jurisdiction of Laborers Local 996 for the time period of January 1, 2014 through December 31, 2014, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Fund were not paid by the Defendant.

**ANSWER:**

168. Exhibit 21 shows the hours of work performed by Ron Johnson within the jurisdiction of Laborers Local 996 for the time period of January 1, 2014 through December 31, 2014, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Funder were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

169. Exhibit 21 shows the hours of work performed by Ron Johnson within the jurisdiction of Laborers Local 996 for the time period of January 1, 2014 through December 31, 2014, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Fund were not paid by the Defendant.

**ANSWER:**

170. Exhibit 21 shows the hours of work performed by Leon Mondy within the jurisdiction of Laborers Local 996 for the time period of January 1, 2014 through December 31, 2014, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Funder were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

171. Exhibit 21 shows the hours of work performed by Leon Mondy within the jurisdiction of Laborers Local 996 for the time period of January 1, 2014 through December 31, 2014, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Fund were not paid by the Defendant.

**ANSWER:**

172. Exhibit 21 shows the hours of work performed by Scott E. Ratajczak within the jurisdiction of Laborers Local 996 for the time period of January 1, 2014 through December 31, 2014, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Funder were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

173. Exhibit 21 shows the hours of work performed by Scott E. Ratajczak within the jurisdiction of Laborers Local 996 for the time period of January 1, 2014 through December 31, 2014, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Fund were not paid by the Defendant.

**ANSWER:**

174. Exhibit 21 shows the hours of work performed by Glen A. Roedell within the jurisdiction of Laborers Local 996 for the time period of January 1, 2014 through December 31, 2014, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Funder were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

175. Exhibit 21 shows the hours of work performed by Glen A. Roedell within the jurisdiction of Laborers Local 996 for the time period of January 1, 2014 through December 31, 2014, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Fund were not paid by the Defendant.

**ANSWER:**

176. Exhibit 21 shows the hours of work performed by Timothy P. Wehrmann within the jurisdiction of Laborers Local 996 for the time period of January 1, 2014 through December 31, 2014, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Funder were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

177. Exhibit 21 shows the hours of work performed by Timothy P. Wehrman within the jurisdiction of Laborers Local 996 for the time period of January 1, 2014 through December 31, 2014, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Fund were not paid by the Defendant.

**ANSWER:**

178. Exhibit 21 shows the hours of work performed by Alfonzo Gibbs within the jurisdiction of Laborers Local 996 for the time period of January 1, 2016 through December 31, 2016, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Funder were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

179. Exhibit 21 shows the hours of work performed by Alfonzo Gibbs within the jurisdiction of Laborers Local 996 for the time period of January 1, 2016 through December 31, 2016, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Fund were not paid by the Defendant.

**ANSWER:**

180. Exhibit 21 shows the hours of work performed by Emician Johnson within the jurisdiction of Laborers Local 996 for the time period of January 1, 2016 through December 31, 2016, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Funder were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

181. Exhibit 21 shows the hours of work performed by Emician Johnson within the jurisdiction of Laborers Local 996 for the time period of January 1, 2016 through December 31, 2016, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Fund were not paid by the Defendant.

**ANSWER:**

182.    Exhibit 21 shows the hours of work performed by Mataurus Johnson within the jurisdiction of Laborers Local 996 for the time period of January 1, 2016 through December 31, 2016, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Funder were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

183.    Exhibit 21 shows the hours of work performed by Mataurus Johnson within the jurisdiction of Laborers Local 996 for the time period of January 1, 2016 through December 31, 2016, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Fund were not paid by the Defendant.

**ANSWER:**

184.    Exhibit 21 shows the hours of work performed by Ron Johnson within the jurisdiction of Laborers Local 996 for the time period of January 1, 2016 through December 31, 2016, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Funder were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

185.    Exhibit 21 shows the hours of work performed by Ron Johnson within the jurisdiction of Laborers Local 996 for the time period of January 1, 2016 through December 31, 2016, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Fund were not paid by the Defendant.

**ANSWER:**

186.    Exhibit 21 shows the hours of work performed by Leon Mondy within the jurisdiction of Laborers Local 996 for the time period of January 1, 2016 through December 31, 2016, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Funder were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

187.    Exhibit 21 shows the hours of work performed by Leon Mondy within the jurisdiction of Laborers Local 996 for the time period of January 1, 2016 through December 31, 2016, for which contributions to Plaintiffs Central Laborers' Pension Fund and Central Laborers' Annuity Fund were not paid by the Defendant.

**ANSWER:**

188.    Exhibit 21 shows the hours of work performed by Cleotis Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2011 through December 31, 2011, for which contributions to Plaintiff North Central Illinois Laborers Health and Welfare Fund were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

189.    Exhibit 21 shows the hours of work performed by Cleotis Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2011 through December 31, 2011, for which contributions to Plaintiff North Central Illinois Laborers Health and Welfare Fund were not paid by the Defendant.

**ANSWER:**

190.    Exhibit 21 shows the hours of work performed by Cleotis Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2012 through December 31, 2012, for which contributions to Plaintiff North Central Illinois Laborers Health and Welfare Fund were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

191.    Exhibit 21 shows the hours of work performed by Cleotis Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2012 through December 31, 2012, for which contributions to Plaintiff North Central Illinois Laborers Health and Welfare Fund were not paid by the Defendant.

**ANSWER:**

192.    Exhibit 21 shows the hours of work performed by Cleotis Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2013 through December 31, 2013, for which contributions to Plaintiff North Central Illinois Laborers Health and Welfare Fund were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

193.    Exhibit 21 shows the hours of work performed by Cleotis Johnson within the jurisdiction of Laborers Local 751for the time period of January 1, 2013 through December 31, 2013, for which contributions to Plaintiff North Central Illinois Laborers Health and Welfare Fund were not paid by the Defendant.

**ANSWER:**

194.    Exhibit 21 shows the hours of work performed by Cleotis Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2014 through December 31, 2014, for which contributions to Plaintiff North Central Illinois Laborers Health and Welfare Fund were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

195.    Exhibit 21 shows the hours of work performed by Cleotis Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2014 through December 31, 2014, for which contributions to Plaintiff North Central Illinois Laborers Health and Welfare Fund were not paid by the Defendant.

**ANSWER:**

196.    Exhibit 21 shows the hours of work performed by Cleotis Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2015 through December 31, 2015, for which contributions to Plaintiff North Central Illinois Laborers Health and Welfare Fund were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

197.    Exhibit 21 shows the hours of work performed by Cleotis Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2011 through December 35, 2015, for which contributions to Plaintiff North Central Illinois Laborers Health and Welfare Fund were not paid by the Defendant.

**ANSWER:**

198.    Exhibit 21 shows the hours of work performed by Cleotis Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2016 through December 31, 2016, for which contributions to Plaintiff North Central Illinois Laborers Health and Welfare Fund were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

199.    Exhibit 21 shows the hours of work performed by Cleotis Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2016 through December 31, 2016, for which contributions to Plaintiff North Central Illinois Laborers Health and Welfare Fund were not paid by the Defendant.

**ANSWER:**

200.    Exhibit 22 attached to these Requests is a true and accurate copy of a Statement of Additional Reportable Hours Due for Century Asphalt Construction on Behalf of the Central Laborers' Pension, Welfare and Annuity Funds for the Period of March 1, 2017 to December 31, 2022, prepared by Romolo & Associates after examining the Defendant's records concerning the Plaintiffs.

**ANSWER:**

201.    Exhibit 22 shows the hours of work performed by Alfonzo Gibbs within the jurisdiction of Laborers Local 751 for the time period of March 1, 2017 through December 31, 2017, for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

202.    Exhibit 22 shows the hours of work performed by Alfonzo Gibbs within the jurisdiction of Laborers Local 751 for the time period of March 1, 2017 through December 31, 2017, for which contributions were not paid by the Defendant.

**ANSWER:**

203.　Exhibit 22 shows the hours of work performed by Emician T. Johnson within the jurisdiction of Laborers Local 751 for the time period of March 1, 2017 through December 31, 2017, for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

204.　Exhibit 22 shows the hours of work performed by Emician T. Johnson within the jurisdiction of Laborers Local 751 for the time period of March 1, 2017 through December 31, 2017, for which contributions were not paid by the Defendant.

**ANSWER:**

205.　Exhibit 22 shows the hours of work performed by Mataurus Johnson within the jurisdiction of Laborers Local 751 for the time period of March 1, 2017 through December 31, 2017, for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

206.　Exhibit 22 shows the hours of work performed by Mataurus Johnson within the jurisdiction of Laborers Local 751 for the time period of March 1, 2017 through December 31, 2017, for which contributions were not paid by the Defendant.

**ANSWER:**

207.　Exhibit 22 shows the hours of work performed by Ron Johnson within the jurisdiction of Laborers Local 751 for the time period of March 1, 2017 through December 31, 2017, for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

208.　Exhibit 22 shows the hours of work performed by Ron Johnson within the jurisdiction of Laborers Local 751 for the time period of March 1, 2017 through December 31, 2017, for which contributions were not paid by the Defendant.

**ANSWER:**

209.　Exhibit 22 shows the hours of work performed by Leon Mondy within the jurisdiction of Laborers Local 751 for the time period of March 1, 2017 through December 31, 2017, for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

210.　Exhibit 22 shows the hours of work performed by Leon Mondy within the jurisdiction of Laborers Local 751 for the time period of March 1, 2017 through December 31, 2017, for which contributions were not paid by the Defendant.

**ANSWER:**

211.    Exhibit 22 shows the hours of work performed by Alfonzo Gibbs within the jurisdiction of Laborers Local 751 for the time period of January 1, 2018 through December 31, 2018, for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

212.    Exhibit 22 shows the hours of work performed by Alfonzo Gibbs within the jurisdiction of Laborers Local 751 for the time period of January 1, 2018 through December 31, 2018, for which contributions were not paid by the Defendant.

**ANSWER:**

213.    Exhibit 22 shows the hours of work performed by Tyrone Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2018 through December 31, 2018, for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

214.    Exhibit 22 shows the hours of work performed by Tyrone Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2018 through December 31, 2018, for which contributions were not paid by the Defendant.

**ANSWER:**

215.    Exhibit 22 shows the hours of work performed by Emician Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2018 through December 31, 2018, for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

216.    Exhibit 22 shows the hours of work performed by Emician Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2018 through December 31, 2018, for which contributions were not paid by the Defendant.

**ANSWER:**

217.    Exhibit 22 shows the hours of work performed by Mataurus Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2018 through December 31, 2018, for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

218.    Exhibit 22 shows the hours of work performed by Mataurus Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2018 through December 31, 2018, for which contributions were not paid by the Defendant.

**ANSWER:**

219.    Exhibit 22 shows the hours of work performed by Ron Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2018 through December 31, 2018, for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

220.    Exhibit 22 shows the hours of work performed by Ron Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2018 through December 31, 2018, for which contributions were not paid by the Defendant.

**ANSWER:**

221.    Exhibit 22 shows the hours of work performed by Leon Mondy within the jurisdiction of Laborers Local 751 for the time period of January 1, 2018 through December 31, 2018, for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

222.    Exhibit 22 shows the hours of work performed by Leon Mondy within the jurisdiction of Laborers Local 751 for the time period of January 1, 2018 through December 31, 2018, for which contributions were not paid by the Defendant.

**ANSWER:**

223.    Exhibit 22 shows the hours of work performed by Alfonzo Gibbs within the jurisdiction of Laborers Local 751 for the time period of January 1, 2019 through December 31, 2019, for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

224.    Exhibit 22 shows the hours of work performed by Alfonzo Gibbs within the jurisdiction of Laborers Local 751 for the time period of January 1, 2019 through December 31, 2019, for which contributions were not paid by the Defendant.

**ANSWER:**

225.    Exhibit 22 shows the hours of work performed by Emician T. Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2019 through December 31, 2019, for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

226.    Exhibit 22 shows the hours of work performed by Emician T. Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2019 through December 31, 2019, for which contributions were not paid by the Defendant.

**ANSWER:**

227.     Exhibit 22 shows the hours of work performed by Mataurus Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2019 through December 31, 2019, for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

228.     Exhibit 22 shows the hours of work performed by Mataurus Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2019 through December 31, 2019, for which contributions were not paid by the Defendant.

**ANSWER:**

229.     Exhibit 22 shows the hours of work performed by Ron Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2019 through December 31, 2019, for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

230.     Exhibit 22 shows the hours of work performed by Ron Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2019 through December 31, 2019, for which contributions were not paid by the Defendant.

**ANSWER:**

231.     Exhibit 22 shows the hours of work performed by Leon Mondy within the jurisdiction of Laborers Local 751 for the time period of January 1, 2019 through December 31, 2019, for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

232.     Exhibit 22 shows the hours of work performed by Leon Mondy within the jurisdiction of Laborers Local 751 for the time period of January 1, 2019 through December 31, 2019, for which contributions were not paid by the Defendant.

**ANSWER:**

233.     Exhibit 22 shows the hours of work performed by Willie C. Felton within the jurisdiction of Laborers Local 751 for the time period of January 1, 2020 through December 31, 2020, for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

234.     Exhibit 22 shows the hours of work performed by Willie C. Felton within the jurisdiction of Laborers Local 751 for the time period of January 1, 2020 through December 31, 2020, for which contributions were not paid by the Defendant.

**ANSWER:**

235.    Exhibit 22 shows the hours of work performed by Alfonzo Gibbs within the jurisdiction of Laborers Local 751 for the time period of January 1, 2020 through December 31, 2020, for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

236.    Exhibit 22 shows the hours of work performed by Alfonzo Gibbs within the jurisdiction of Laborers Local 751 for the time period of January 1, 2020 through December 31, 2020, for which contributions were not paid by the Defendant.

**ANSWER:**

237.    Exhibit 22 shows the hours of work performed by Emician Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2020 through December 31, 2020, for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

238.    Exhibit 22 shows the hours of work performed by Emician Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2020 through December 31, 2020, for which contributions were not paid by the Defendant.

**ANSWER:**

239.    Exhibit 22 shows the hours of work performed by Mataurus Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2020 through December 31, 2020, for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

240.    Exhibit 22 shows the hours of work performed by Mataurus Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2020 through December 31, 2020, for which contributions were not paid by the Defendant.

**ANSWER:**

241.    Exhibit 22 shows the hours of work performed by Ron Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2020 through December 31, 2020, for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

242.    Exhibit 22 shows the hours of work performed by Ron Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2020 through December 31, 2020, for which contributions were not paid by the Defendant.

**ANSWER:**

243.    Exhibit 22 shows the hours of work performed by Thomas Watson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2020 through December 31, 2020, for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

244.    Exhibit 22 shows the hours of work performed by Thomas Watson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2020 through December 31, 2020, for which contributions were not paid by the Defendant.

**ANSWER:**

245.    Exhibit 22 shows the hours of work performed by Alfonzo Gibbs within the jurisdiction of Laborers Local 751 for the time period of January 1, 2021 through December 31, 2021, for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

246.    Exhibit 22 shows the hours of work performed by Alfonzo Gibbs within the jurisdiction of Laborers Local 751 for the time period of January 1, 2021 through December 31, 2021, for which contributions were not paid by the Defendant.

**ANSWER:**

247.    Exhibit 22 shows the hours of work performed by Emician T. Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2021 through December 31, 2021, for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

248.    Exhibit 22 shows the hours of work performed by Emician T. Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2021 through December 31, 2021, for which contributions were not paid by the Defendant.

**ANSWER:**

249.    Exhibit 22 shows the hours of work performed by Mataurus Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2021 through December 31, 2021 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

250.    Exhibit 22 shows the hours of work performed by Mataurus Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2021 through December 31, 2021, for which contributions were not paid by the Defendant.

**ANSWER:**

251.    Exhibit 22 shows the hours of work performed by Ron Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2021 through December 31, 2021 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

252.    Exhibit 22 shows the hours of work performed by Ron Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2021 through December 31, 2021, for which contributions were not paid by the Defendant.

**ANSWER:**

253.    Exhibit 22 shows the hours of work performed by Mataurus Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2021 through December 31, 2021 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

254.    Exhibit 22 shows the hours of work performed by Mataurus Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2021 through December 31, 2021, for which contributions were not paid by the Defendant.

**ANSWER:**

255.    Exhibit 22 shows the hours of work performed by Alfonzo Gibbs within the jurisdiction of Laborers Local 751 for the time period of January 1, 2022 through December 31, 2022 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

256.    Exhibit 22 shows the hours of work performed by Alfonzo Gibbs within the jurisdiction of Laborers Local 751 for the time period of January 1, 2022 through December 31, 2022, for which contributions were not paid by the Defendant.

**ANSWER:**

257.    Exhibit 22 shows the hours of work performed by Dwaine Hampton within the jurisdiction of Laborers Local 751 for the time period of January 1, 2022 through December 31, 2022 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

258.    Exhibit 22 shows the hours of work performed by Dwaine Hampton within the jurisdiction of Laborers Local 751 for the time period of January 1, 2022 through December 31, 2022, for which contributions were not paid by the Defendant.

**ANSWER:**

259.   Exhibit 22 shows the hours of work performed by Emician T. Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2022 through December 31, 2022 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

260.   Exhibit 22 shows the hours of work performed by Emician T. Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2022 through December 31, 2022, for which contributions were not paid by the Defendant.

**ANSWER:**

261.   Exhibit 22 shows the hours of work performed by Mataurus Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2022 through December 31, 2022 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

262.   Exhibit 22 shows the hours of work performed by Mataurus Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2022 through December 31, 2022, for which contributions were not paid by the Defendant.

**ANSWER:**

263.   Exhibit 22 shows the hours of work performed by Ron Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2022 through December 31, 2022 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

264.   Exhibit 22 shows the hours of work performed by Ron Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2022 through December 31, 2022, for which contributions were not paid by the Defendant.

**ANSWER:**

265.   Exhibit 22 shows the hours of work performed by Colin Craig within the jurisdiction of Laborers Local 996 for the time period of March 1, 2017 through December 31, 2017 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

266.   Exhibit 22 shows the hours of work performed by Colin Craig within the jurisdiction of Laborers Local 996 for the time period of March 1, 2017 through December 31, 2017, for which contributions were not paid by the Defendant.

**ANSWER:**

267.    Exhibit 22 shows the hours of work performed by Emician T. Johnson within the jurisdiction of Laborers Local 996 for the time period of March 1, 2017 through December 31, 2017 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

268.    Exhibit 22 shows the hours of work performed by Emician T. Johnson within the jurisdiction of Laborers Local 996 for the time period of March 1, 2017 through December 31, 2017, for which contributions were not paid by the Defendant.

**ANSWER:**

269.    Exhibit 22 shows the hours of work performed by Mataurus Johnson within the jurisdiction of Laborers Local 996 for the time period of March 1, 2017 through December 31, 2017 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

270.    Exhibit 22 shows the hours of work performed by Mataurus Johnson within the jurisdiction of Laborers Local 996 for the time period of March 1, 2017 through December 31, 2017, for which contributions were not paid by the Defendant.

**ANSWER:**

271.    Exhibit 22 shows the hours of work performed by Ron Johnson within the jurisdiction of Laborers Local 996 for the time period of March 1, 2017 through December 31, 2017 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

272.    Exhibit 22 shows the hours of work performed by Ron Johnson within the jurisdiction of Laborers Local 996 for the time period of March 1, 2017 through December 31, 2017, for which contributions were not paid by the Defendant.

**ANSWER:**

273.    Exhibit 22 shows the hours of work performed by Leon Mondy within the jurisdiction of Laborers Local 996 for the time period of March 1, 2017 through December 31, 2017 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

274.    Exhibit 22 shows the hours of work performed by Leon Mondy within the jurisdiction of Laborers Local 996 for the time period of March 1, 2017 through December 31, 2017, for which contributions were not paid by the Defendant.

**ANSWER:**

275.    Exhibit 22 shows the hours of work performed by Gabriel Valdez, Jr. within the jurisdiction of Laborers Local 996 for the time period of March 1, 2017 through December 31, 2017 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

276.    Exhibit 22 shows the hours of work performed by Gabriel Valdez, Jr. within the jurisdiction of Laborers Local 996 for the time period of March 1, 2017 through December 31, 2017, for which contributions were not paid by the Defendant.

**ANSWER:**

277.    Exhibit 22 shows the hours of work performed by Emician T. Johnson within the jurisdiction of Laborers Local 996 for the time period of January 1, 2018 through December 31, 2018 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

278.    Exhibit 22 shows the hours of work performed by Emician T. Johnson within the jurisdiction of Laborers Local 996 for the time period of January 1, 2018 through December 31, 2018, for which contributions were not paid by the Defendant.

**ANSWER:**

279.    Exhibit 22 shows the hours of work performed by Mataurus Johnson within the jurisdiction of Laborers Local 996 for the time period of January 1, 2018 through December 31, 2018 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

280.    Exhibit 22 shows the hours of work performed by Mataurus Johnson within the jurisdiction of Laborers Local 996 for the time period of January 1, 2018 through December 31, 2018, for which contributions were not paid by the Defendant.

**ANSWER:**

281.    Exhibit 22 shows the hours of work performed by Ron Johnson within the jurisdiction of Laborers Local 996 for the time period of January 1, 2018 through December 31, 2018 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

282.    Exhibit 22 shows the hours of work performed by Ron Johnson within the jurisdiction of Laborers Local 996 for the time period of January 1, 2018 through December 31, 2018, for which contributions were not paid by the Defendant.

**ANSWER:**

283.    Exhibit 22 shows the hours of work performed by Leon Mondy within the jurisdiction of Laborers Local 996 for the time period of January 1, 2018 through December 31, 2018 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

284.    Exhibit 22 shows the hours of work performed by Leon Mondy within the jurisdiction of Laborers Local 996 for the time period of January 1, 2018 through December 31, 2018, for which contributions were not paid by the Defendant.

**ANSWER:**

285.    Exhibit 22 shows the hours of work performed by Alfonzo Gibbs within the jurisdiction of Laborers Local 996 for the time period of January 1, 2019 through December 31, 2019 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

286.    Exhibit 22 shows the hours of work performed by Alfonzo Gibbs within the jurisdiction of Laborers Local 996 for the time period of January 1, 2019 through December 31, 2019, for which contributions were not paid by the Defendant.

**ANSWER:**

287.    Exhibit 22 shows the hours of work performed by Emician T. Johnson within the jurisdiction of Laborers Local 996 for the time period of January 1, 2019 through December 31, 2019 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

288.    Exhibit 22 shows the hours of work performed by Emician T. Johnson within the jurisdiction of Laborers Local 996 for the time period of January 1, 2019 through December 31, 2019, for which contributions were not paid by the Defendant.

**ANSWER:**

289.    Exhibit 22 shows the hours of work performed by Mataurus Johnson within the jurisdiction of Laborers Local 996 for the time period of January 1, 2019 through December 31, 2019 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

290.    Exhibit 22 shows the hours of work performed by Mataurus Johnson within the jurisdiction of Laborers Local 996 for the time period of January 1, 2019 through December 31, 2019, for which contributions were not paid by the Defendant.

**ANSWER:**

291.     Exhibit 22 shows the hours of work performed by Ron Johnson within the jurisdiction of Laborers Local 996 for the time period of January 1, 2019 through December 31, 2019 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

292.     Exhibit 22 shows the hours of work performed by Ron Johnson within the jurisdiction of Laborers Local 996 for the time period of January 1, 2019 through December 31, 2019, for which contributions were not paid by the Defendant.

**ANSWER:**

293.     Exhibit 22 shows the hours of work performed by Leon Mondy within the jurisdiction of Laborers Local 996 for the time period of January 1, 2019 through December 31, 2019 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

294.     Exhibit 22 shows the hours of work performed by Leon Mondy within the jurisdiction of Laborers Local 996 for the time period of January 1, 2019 through December 31, 2019, for which contributions were not paid by the Defendant.

**ANSWER:**

295.     Exhibit 22 shows the hours of work performed by Willie Felton within the jurisdiction of Laborers Local 996 for the time period of January 1, 2020 through December 31, 2020 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

296.     Exhibit 22 shows the hours of work performed by Willie Felton within the jurisdiction of Laborers Local 996 for the time period of January 1, 2020 through December 31, 2020, for which contributions were not paid by the Defendant.

**ANSWER:**

297.     Exhibit 22 shows the hours of work performed by Alfonzo Gibbs within the jurisdiction of Laborers Local 996 for the time period of January 1, 2020 through December 31, 2020 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

298.     Exhibit 22 shows the hours of work performed by Alfonzo Gibbs within the jurisdiction of Laborers Local 996 for the time period of January 1, 2020 through December 31, 2020, for which contributions were not paid by the Defendant.

**ANSWER:**

299.    Exhibit 22 shows the hours of work performed by Emician T. Johnson within the jurisdiction of Laborers Local 996 for the time period of January 1, 2020 through December 31, 2020 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

300.    Exhibit 22 shows the hours of work performed by Emician T. Johnson within the jurisdiction of Laborers Local 996 for the time period of January 1, 2020 through December 31, 2020, for which contributions were not paid by the Defendant.

**ANSWER:**

301.    Exhibit 22 shows the hours of work performed by Mataurus Johnson within the jurisdiction of Laborers Local 996 for the time period of January 1, 2020 through December 31, 2020 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

302.    Exhibit 22 shows the hours of work performed by Mataurus Johnson within the jurisdiction of Laborers Local 996 for the time period of January 1, 2020 through December 31, 2020, for which contributions were not paid by the Defendant.

**ANSWER:**

303.    Exhibit 22 shows the hours of work performed by Ron Johnson within the jurisdiction of Laborers Local 996 for the time period of January 1, 2020 through December 31, 2020 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

304.    Exhibit 22 shows the hours of work performed by Ron Johnson within the jurisdiction of Laborers Local 996 for the time period of January 1, 2020 through December 31, 2020, for which contributions were not paid by the Defendant.

**ANSWER:**

305.    Exhibit 22 shows the hours of work performed by Rhonda Sweeney within the jurisdiction of Laborers Local 996 for the time period of January 1, 2020 through December 31, 2020 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

306.    Exhibit 22 shows the hours of work performed by Rhonda Sweeney within the jurisdiction of Laborers Local 996 for the time period of January 1, 2020 through December 31, 2020, for which contributions were not paid by the Defendant.

**ANSWER:**

307.    Exhibit 22 shows the hours of work performed by Thomas Watson within the jurisdiction of Laborers Local 996 for the time period of January 1, 2020 through December 31, 2020 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

308.    Exhibit 22 shows the hours of work performed by Thomas Watson within the jurisdiction of Laborers Local 996 for the time period of January 1, 2020 through December 31, 2020, for which contributions were not paid by the Defendant.

**ANSWER:**

309.    Exhibit 22 shows the hours of work performed by Alfonzo Gibbs within the jurisdiction of Laborers Local 996 for the time period of January 1, 2021 through December 31, 2021 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

310.    Exhibit 22 shows the hours of work performed by Alfonzo Gibbs within the jurisdiction of Laborers Local 996 for the time period of January 1, 2021 through December 31, 2021, for which contributions were not paid by the Defendant.

**ANSWER:**

311.    Exhibit 22 shows the hours of work performed by Emician T. Johnson within the jurisdiction of Laborers Local 996 for the time period of January 1, 2021 through December 31, 2021 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

312.    Exhibit 22 shows the hours of work performed by Emician T. Johnson within the jurisdiction of Laborers Local 996 for the time period of January 1, 2021 through December 31, 2021, for which contributions were not paid by the Defendant.

**ANSWER:**

313.    Exhibit 22 shows the hours of work performed by Mataurus Johnson within the jurisdiction of Laborers Local 996 for the time period of January 1, 2021 through December 31, 2021 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

314.    Exhibit 22 shows the hours of work performed by Mataurus Johnson within the jurisdiction of Laborers Local 996 for the time period of January 1, 2021 through December 31, 2021, for which contributions were not paid by the Defendant.

**ANSWER:**

315.    Exhibit 22 shows the hours of work performed by Ron Johnson within the jurisdiction of Laborers Local 996 for the time period of January 1, 2021 through December 31, 2021 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

316.    Exhibit 22 shows the hours of work performed by Ron Johnson within the jurisdiction of Laborers Local 996 for the time period of January 1, 2021 through December 31, 2021, for which contributions were not paid by the Defendant.

**ANSWER:**

317.    Exhibit 22 shows the hours of work performed by Christina Davis within the jurisdiction of Laborers Local 996 for the time period of January 1, 2022 through December 31, 2022 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

318.    Exhibit 22 shows the hours of work performed by Christina Davis within the jurisdiction of Laborers Local 996 for the time period of January 1, 2022 through December 31, 2022, for which contributions were not paid by the Defendant.

**ANSWER:**

319.    Exhibit 22 shows the hours of work performed by Dwaine Hampton within the jurisdiction of Laborers Local 996 for the time period of January 1, 2022 through December 31, 2022 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

320.    Exhibit 22 shows the hours of work performed by Dwaine Hampton within the jurisdiction of Laborers Local 996 for the time period of January 1, 2022 through December 31, 2022, for which contributions were not paid by the Defendant.

**ANSWER:**

321.    Exhibit 22 shows the hours of work performed by Emician T. Johnson within the jurisdiction of Laborers Local 996 for the time period of January 1, 2022 through December 31, 2022 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

322.    Exhibit 22 shows the hours of work performed by Emician T. Johnson within the jurisdiction of Laborers Local 996 for the time period of January 1, 2022 through December 31, 2022, for which contributions were not paid by the Defendant.

**ANSWER:**

323.    Exhibit 22 shows the hours of work performed by Mataurus Johnson within the jurisdiction of Laborers Local 996 for the time period of January 1, 2022 through December 31, 2022 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

324.    Exhibit 22 shows the hours of work performed by Mataurus Johnson within the jurisdiction of Laborers Local 996 for the time period of January 1, 2022 through December 31, 2022, for which contributions were not paid by the Defendant.

**ANSWER:**

325.    Exhibit 22 shows the hours of work performed by Ron Johnson within the jurisdiction of Laborers Local 996 for the time period of January 1, 2022 through December 31, 2022 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

326.    Exhibit 22 shows the hours of work performed by Ron Johnson within the jurisdiction of Laborers Local 996 for the time period of January 1, 2022 through December 31, 2022, for which contributions were not paid by the Defendant.

**ANSWER:**

327.    Exhibit 22 shows the hours of work performed by Gary Wolf within the jurisdiction of Laborers Local 996 for the time period of January 1, 2022 through December 31, 2022 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

328.    Exhibit 22 shows the hours of work performed by Gary Wolf within the jurisdiction of Laborers Local 996 for the time period of January 1, 2022 through December 31, 2022, for which contributions were not paid by the Defendant.

**ANSWER:**

329.    Exhibit 22 shows the hours of work performed by Nathanial Bennett within the jurisdiction of Laborers Local 477 for the time period of January 1, 2020 through December 31, 2020 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

330.    Exhibit 22 shows the hours of work performed by Nathanial Bennett within the jurisdiction of Laborers Local 477 for the time period of January 1, 2020 through December 31, 2020, for which contributions were not paid by the Defendant.

**ANSWER:**

331.    Exhibit 22 shows the hours of work performed by Alfonzo Gibbs within the jurisdiction of Laborers Local 477 for the time period of January 1, 2020 through December 31, 2020 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

332.    Exhibit 22 shows the hours of work performed by Alfonzo Gibbs within the jurisdiction of Laborers Local 477 for the time period of January 1, 2020 through December 31, 2020, for which contributions were not paid by the Defendant.

**ANSWER:**

333.    Exhibit 22 shows the hours of work performed by Antionio Hutton within the jurisdiction of Laborers Local 477 for the time period of January 1, 2020 through December 31, 2020 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

334.    Exhibit 22 shows the hours of work performed by Antionio Hutton within the jurisdiction of Laborers Local 477 for the time period of January 1, 2020 through December 31, 2020, for which contributions were not paid by the Defendant.

**ANSWER:**

335.    Exhibit 22 shows the hours of work performed by Emician T. Johnson within the jurisdiction of Laborers Local 477 for the time period of January 1, 2020 through December 31, 2020 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

336.    Exhibit 22 shows the hours of work performed by Emician T. Johnson within the jurisdiction of Laborers Local 477 for the time period of January 1, 2020 through December 31, 2020, for which contributions were not paid by the Defendant.

**ANSWER:**

337.    Exhibit 22 shows the hours of work performed by Mataurus Johnson within the jurisdiction of Laborers Local 477 for the time period of January 1, 2020 through December 31, 2020 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

338.    Exhibit 22 shows the hours of work performed by Mataurus Johnson within the jurisdiction of Laborers Local 477 for the time period of January 1, 2020 through December 31, 2020, for which contributions were not paid by the Defendant.

**ANSWER:**

339.   Exhibit 22 shows the hours of work performed by Ron Johnson within the jurisdiction of Laborers Local 477 for the time period of January 1, 2020 through December 31, 2020 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

340.   Exhibit 22 shows the hours of work performed by Ron Johnson within the jurisdiction of Laborers Local 477 for the time period of January 1, 2020 through December 31, 2020, for which contributions were not paid by the Defendant.

**ANSWER:**

341.   Exhibit 22 shows the hours of work performed by Emician T. Johnson within the jurisdiction of Laborers Local 477 for the time period of January 1, 2022 through December 31, 2022 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

342.   Exhibit 22 shows the hours of work performed by Emician T. Johnson within the jurisdiction of Laborers Local 477 for the time period of January 1, 2022 through December 31, 2022, for which contributions were not paid by the Defendant.

**ANSWER:**

343.   Exhibit 22 shows the hours of work performed by Ron Johnson within the jurisdiction of Laborers Local 477 for the time period of January 1, 2022 through December 31, 2022 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

344.   Exhibit 22 shows the hours of work performed by Ron Johnson within the jurisdiction of Laborers Local 477 for the time period of January 1, 2022 through December 31, 2022, for which contributions were not paid by the Defendant.

**ANSWER:**

345.   Exhibit 22 shows the hours of work performed by Alfonzo Gibbs within the jurisdiction of Laborers Local 703 for the time period of January 1, 2021 through December 31, 2021 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

346.   Exhibit 22 shows the hours of work performed by Alfonzo Gibbs within the jurisdiction of Laborers Local 703 for the time period of January 1, 2021 through December 31, 2021, for which contributions were not paid by the Defendant.

**ANSWER:**

347.    Exhibit 22 shows the hours of work performed by Emician T. Johnson within the jurisdiction of Laborers Local 703 for the time period of January 1, 2021 through December 31, 2021 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

348.    Exhibit 22 shows the hours of work performed by Emician T. Johnson within the jurisdiction of Laborers Local 703 for the time period of January 1, 2021 through December 31, 2021, for which contributions were not paid by the Defendant.

**ANSWER:**

349.    Exhibit 22 shows the hours of work performed by Mataurus Johnson within the jurisdiction of Laborers Local 703 for the time period of January 1, 2021 through December 31, 2021 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

350.    Exhibit 22 shows the hours of work performed by Mataurus Johnson within the jurisdiction of Laborers Local 703 for the time period of January 1, 2021 through December 31, 2021, for which contributions were not paid by the Defendant.

**ANSWER:**

351.    Exhibit 22 shows the hours of work performed by Ron Johnson within the jurisdiction of Laborers Local 703 for the time period of January 1, 2021 through December 31, 2021 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

352.    Exhibit 22 shows the hours of work performed by Ron Johnson within the jurisdiction of Laborers Local 703 for the time period of January 1, 2021 through December 31, 2021, for which contributions were not paid by the Defendant.

**ANSWER:**

353.    Exhibit 22 shows the hours of work performed by Emician T. Johnson within the jurisdiction of Laborers Local 703 for the time period of January 1, 2022 through December 31, 2022 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

354.    Exhibit 22 shows the hours of work performed by Emician T. Johnson within the jurisdiction of Laborers Local 703 for the time period of January 1, 2022 through December 31, 2022, for which contributions were not paid by the Defendant.

**ANSWER:**

355.    Exhibit 22 shows the hours of work performed by Mataurus Johnson within the jurisdiction of Laborers Local 703 for the time period of January 1, 2022 through December 31, 2022 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

356.    Exhibit 22 shows the hours of work performed by Mataurus Johnson within the jurisdiction of Laborers Local 703 for the time period of January 1, 2022 through December 31, 2022, for which contributions were not paid by the Defendant.

**ANSWER:**

357.    Exhibit 22 shows the hours of work performed by Ron Johnson within the jurisdiction of Laborers Local 703 for the time period of January 1, 2022 through December 31, 2022 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

358.    Exhibit 22 shows the hours of work performed by Ron Johnson within the jurisdiction of Laborers Local 703 for the time period of January 1, 2022 through December 31, 2022, for which contributions were not paid by the Defendant.

**ANSWER:**

359.    Exhibit 22 shows the hours of work performed by Deontae Johnson within the jurisdiction of Laborers Local 751 for the time period of March 1, 2017 through December 31, 2017 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

360.    Exhibit 22 shows the hours of work performed by Deontae Johnson within the jurisdiction of Laborers Local 751 for the time period of March 1, 2017 through December 31, 2017, for which contributions were not paid by the Defendant.

**ANSWER:**

361.    Exhibit 22 shows the hours of work performed by Shale Johnson within the jurisdiction of Laborers Local 751 for the time period of March 1, 2017 through December 31, 2017 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

362.    Exhibit 22 shows the hours of work performed by Shale Johnson within the jurisdiction of Laborers Local 751 for the time period of March 1, 2017 through December 31, 2017, for which contributions were not paid by the Defendant.

**ANSWER:**

363.    Exhibit 22 shows the hours of work performed by Tyrone Johnson within the jurisdiction of Laborers Local 751 for the time period of March 1, 2017 through December 31, 2017 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

364.    Exhibit 22 shows the hours of work performed by Tyrone Johnson within the jurisdiction of Laborers Local 751 for the time period of March 1, 2017 through December 31, 2017, for which contributions were not paid by the Defendant.

**ANSWER:**

365.    Exhibit 22 shows the hours of work performed by Deontae Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2018 through December 31, 2018 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

366.    Exhibit 22 shows the hours of work performed by Deontae Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2018 through December 31, 2018, for which contributions were not paid by the Defendant.

**ANSWER:**

367.    Exhibit 22 shows the hours of work performed by Shale Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2018 through December 31, 2018 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

368.    Exhibit 22 shows the hours of work performed by Shale Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2018 through December 31, 2018, for which contributions were not paid by the Defendant.

**ANSWER:**

369.    Exhibit 22 shows the hours of work performed by Tyrone Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2018 through December 31, 2018 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

370.    Exhibit 22 shows the hours of work performed by Tyrone Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2018 through December 31, 2018, for which contributions were not paid by the Defendant.

**ANSWER:**

371.    Exhibit 22 shows the hours of work performed by Deontae Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2019 through December 31, 2019 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

372.    Exhibit 22 shows the hours of work performed by Deontae Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2019 through December 31, 2019, for which contributions were not paid by the Defendant.

**ANSWER:**

373.    Exhibit 22 shows the hours of work performed by Shale Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2019 through December 31, 2019 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

374.    Exhibit 22 shows the hours of work performed by Shale Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2019 through December 31, 2019, for which contributions were not paid by the Defendant.

**ANSWER:**

375.    Exhibit 22 shows the hours of work performed by Tyrone Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2019 through December 31, 2019 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

376.    Exhibit 22 shows the hours of work performed by Tyrone Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2019 through December 31, 2019, for which contributions were not paid by the Defendant.

**ANSWER:**

377.    Exhibit 22 shows the hours of work performed by Joseph Davis within the jurisdiction of Laborers Local 751 for the time period of January 1, 2020 through December 31, 2020 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

378.    Exhibit 22 shows the hours of work performed by Joseph Davis within the jurisdiction of Laborers Local 751 for the time period of January 1, 2020 through December 31, 2020, for which contributions were not paid by the Defendant.

**ANSWER:**

379.    Exhibit 22 shows the hours of work performed by Willie Felton within the jurisdiction of Laborers Local 751 for the time period of January 1, 2020 through December 31, 2020 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

380.    Exhibit 22 shows the hours of work performed by Willie Felton within the jurisdiction of Laborers Local 751 for the time period of January 1, 2020 through December 31, 2020, for which contributions were not paid by the Defendant.

**ANSWER:**

381.    Exhibit 22 shows the hours of work performed by Deontae Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2020 through December 31, 2020 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

382.    Exhibit 22 shows the hours of work performed by Deontae Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2020 through December 31, 2020, for which contributions were not paid by the Defendant.

**ANSWER:**

383.    Exhibit 22 shows the hours of work performed by Shale Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2020 through December 31, 2020 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

384.    Exhibit 22 shows the hours of work performed by Shale Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2020 through December 31, 2020, for which contributions were not paid by the Defendant.

**ANSWER:**

385.    Exhibit 22 shows the hours of work performed by Tyrone Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2020 through December 31, 2020 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

386.    Exhibit 22 shows the hours of work performed by Tyrone Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2020 through December 31, 2020, for which contributions were not paid by the Defendant.

**ANSWER:**

387.    Exhibit 22 shows the hours of work performed by Ya-Taeja Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2020 through December 31, 2020 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

388.    Exhibit 22 shows the hours of work performed by Ya-Taeja Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2020 through December 31, 2020, for which contributions were not paid by the Defendant.

**ANSWER:**

389.    Exhibit 22 shows the hours of work performed by Yazmine Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2020 through December 31, 2020 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

390.    Exhibit 22 shows the hours of work performed by Yazmine Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2020 through December 31, 2020, for which contributions were not paid by the Defendant.

**ANSWER:**

391.    Exhibit 22 shows the hours of work performed by Emician T. Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2020 through December 31, 2020 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

392.    Exhibit 22 shows the hours of work performed by Emician T. Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2020 through December 31, 2020, for which contributions were not paid by the Defendant.

**ANSWER:**

393.    Exhibit 22 shows the hours of work performed by Joseph Davis within the jurisdiction of Laborers Local 751 for the time period of January 1, 2021 through December 31, 2021 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

394.    Exhibit 22 shows the hours of work performed by Joseph Davis within the jurisdiction of Laborers Local 751 for the time period of January 1, 2021 through December 31, 2021 for which contributions were not paid by the Defendant.

**ANSWER:**

395.    Exhibit 22 shows the hours of work performed by Willie Felton within the jurisdiction of Laborers Local 751 for the time period of January 1, 2021 through December 31, 2021 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

396.    Exhibit 22 shows the hours of work performed by Willie Felton within the jurisdiction of Laborers Local 751 for the time period of January 1, 2021 through December 31, 2021 for which contributions were not paid by the Defendant.

**ANSWER:**

397.    Exhibit 22 shows the hours of work performed by Deontae Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2021 through December 31, 2021 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

398.    Exhibit 22 shows the hours of work performed by Deontae Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2021 through December 31, 2021 for which contributions were not paid by the Defendant.

**ANSWER:**

399.    Exhibit 22 shows the hours of work performed by Shale Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2021 through December 31, 2021 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

400.    Exhibit 22 shows the hours of work performed by Shale Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2021 through December 31, 2021 for which contributions were not paid by the Defendant.

**ANSWER:**

401.    Exhibit 22 shows the hours of work performed by Tyrone Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2021 through December 31, 2021 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

402.    Exhibit 22 shows the hours of work performed by Tyrone Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2021 through December 31, 2021 for which contributions were not paid by the Defendant.

**ANSWER:**

403.    Exhibit 22 shows the hours of work performed by Yazmine Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2021 through December 31, 2021 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

404.    Exhibit 22 shows the hours of work performed by Yazmine Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2021 through December 31, 2021 for which contributions were not paid by the Defendant.

**ANSWER:**

405.    Exhibit 22 shows the hours of work performed by Emician T. Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2021 through December 31, 2021 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

406.    Exhibit 22 shows the hours of work performed by Emician T. Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2021 through December 31, 2021 for which contributions were not paid by the Defendant.

**ANSWER:**

407.    Exhibit 22 shows the hours of work performed by Antwon Crite within the jurisdiction of Laborers Local 751 for the time period of January 1, 2022 through December 31, 2022 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

408.    Exhibit 22 shows the hours of work performed by Antwon Crite within the jurisdiction of Laborers Local 751 for the time period of January 1, 2022 through December 31, 2022 for which contributions were not paid by the Defendant.

**ANSWER:**

409.    Exhibit 22 shows the hours of work performed by Joseph Davis within the jurisdiction of Laborers Local 751 for the time period of January 1, 2022 through December 32, 2021 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

410.    Exhibit 22 shows the hours of work performed by Joseph Davis within the jurisdiction of Laborers Local 751 for the time period of January 1, 2022 through December 31, 2022 for which contributions were not paid by the Defendant.

**ANSWER:**

411.    Exhibit 22 shows the hours of work performed by Dwaine Hampton within the jurisdiction of Laborers Local 751 for the time period of January 1, 2022 through December 32, 2021 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

412.    Exhibit 22 shows the hours of work performed by Dwaine Hampton within the jurisdiction of Laborers Local 751 for the time period of January 1, 2022 through December 31, 2022 for which contributions were not paid by the Defendant.

**ANSWER:**

413.    Exhibit 22 shows the hours of work performed by Deontae Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2022 through December 32, 2021 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

414.    Exhibit 22 shows the hours of work performed by Deontae Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2022 through December 31, 2022 for which contributions were not paid by the Defendant.

**ANSWER:**

415.    Exhibit 22 shows the hours of work performed by Shale Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2022 through December 32, 2021 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

416.    Exhibit 22 shows the hours of work performed by Shale Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2022 through December 31, 2022 for which contributions were not paid by the Defendant.

**ANSWER:**

417.    Exhibit 22 shows the hours of work performed by Tyrone Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2022 through December 32, 2021 for which contributions were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

418.    Exhibit 22 shows the hours of work performed by Tyrone Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2022 through December 31, 2022 for which contributions were not paid by the Defendant.

**ANSWER:**

419.    Exhibit 22 shows the hours of work performed by Cleotis Johnson within the jurisdiction of Laborers Local 751 for the time period of March 1, 2017 through December 31, 2017, for which contributions to Plaintiff North Central Illinois Laborers Health and Welfare Fund were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

420.    Exhibit 22 shows the hours of work performed by Cleotis Johnson within the jurisdiction of Laborers Local 751 for the time period of March 1, 2017 through December 31, 2017, for which contributions to Plaintiff North Central Illinois Laborers Health and Welfare Fund were not paid by the Defendant.

**ANSWER:**

421.    Exhibit 22 shows the hours of work performed by Cleotis Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2018 through December 31, 2018, for which contributions to Plaintiff North Central Illinois Laborers Health and Welfare Fund were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

422.    Exhibit 22 shows the hours of work performed by Cleotis Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2018 through December 31, 2018, for which contributions to Plaintiff North Central Illinois Laborers Health and Welfare Fund were not paid by the Defendant.

**ANSWER:**

423.    Exhibit 22 shows the hours of work performed by Cleotis Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2019 through December 31, 2019, for which contributions to Plaintiff North Central Illinois Laborers Health and Welfare Fund were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

424.    Exhibit 22 shows the hours of work performed by Cleotis Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2019 through December 31, 2019, for which contributions to Plaintiff North Central Illinois Laborers Health and Welfare Fund were not paid by the Defendant.

**ANSWER:**

425.    Exhibit 22 shows the hours of work performed by Cleotis Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2020 through December 31, 2020, for which contributions to Plaintiff North Central Illinois Laborers Health and Welfare Fund were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

426.    Exhibit 22 shows the hours of work performed by Cleotis Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2020 through December 31, 2020, for which contributions to Plaintiff Nortr Central Illinois Laborers Health and Welfare Fund were not paid by the Defendant.

**ANSWER:**

427.    Exhibit 22 shows the hours of work performed by Cleotis Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2021 through December 31, 2021, for which contributions to Plaintiff North Central Illinois Laborers Health and Welfare Fund were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

428.    Exhibit 22 shows the hours of work performed by Cleotis Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2021 through December 31, 2021, for which contributions to Plaintiff North Central Illinois Laborers Health and Welfare Fund were not paid by the Defendant.

**ANSWER:**

429.    Exhibit 22 shows the hours of work performed by Cleotis Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2022 through December 31, 2022, for which contributions to Plaintiff North Central Illinois Laborers Health and Welfare Fund were required to be paid pursuant to the applicable collective bargaining agreement to which Defendant is bound.

**ANSWER:**

430.    Exhibit 22 shows the hours of work performed by Cleotis Johnson within the jurisdiction of Laborers Local 751 for the time period of January 1, 2022 through December 31, 2022, for which contributions to Plaintiff North Central Illinois Laborers Health and Welfare Fund were not paid by the Defendant.

**ANSWER:**

## INTERROGATORIES

1.    If Defendant denies any of the foregoing requests for admissions in whole or in part, state with particularity the specific basis for each denial, including without limitation, the specific basis for each denial as to each employee mentioned.

**ANSWER:**

2.    If Defendant denies any of the foregoing requests for admissions in whole or in part, identify each and every person with knowledge of the requested admission and of the specific basis for each denial.

**ANSWER:**

## REQUEST TO PRODUCE DOCUMENTS

1.  If Defendant denies any of the foregoing requests for admissions in whole or in part, produce any documents supporting such denial.

**ANSWER:**

2.  Produce any documents relied on or relating to Defendant's response to any of the foregoing interrogatories.

**ANSWER:**

CENTRAL LABORERS' PENSION FUND, *et al.,* Plaintiffs,

/s/ Hayden W. Eddings
HAYDEN W. EDDINGS (6342178)
2319 West Jefferson Street
Springfield, IL 62702
Telephone: (217) 544-1771
Facsimile: (217) 544-9894
hayden@cavanagh-ohara.com

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2025, a copy of the foregoing "*Requests for Admission of Facts and Genuineness of Documents, Interrogatories, and Request to Produce Documents*" was served via First Class Mail and email on the following:

Todd A. Miller
Alloco, Miller & Cahill, P.C.
Attorneys for Defendant
20 N. Wacker Drive, Ste. 3517
Chicago, IL 60606
TEL (312) 675-4325
FAX (312) 675-4326
tam@alloccomiller.com

/s/ Hayden W. Eddings
Hayden W. Eddings
Cavanagh & O'Hara LLP
Attorneys for Plaintiffs
2319 West Jefferson Street
Springfield, IL 62702
Telephone: (217) 544-1771
Facsimile: (217) 544-9894
hayden@cavanagh-ohara.com