E-FILED
Monday, 30 March, 2026  09:22:28 AM
Clerk, U.S. District Court, ILCD

# Exhibit 1

2:22-cv-02184-CSB-EIL    # 38-2    Filed: 03/30/26    Page 1 of 3

E-FILED
Monday, 30 March, 2026  09:22:28 AM
Clerk, U.S. District Court, ILCD

(3) Dues Check-off calculated as a percentage of gross pay deducted from the Laborers' weekly paycheck and to be sent to North Central Illinois Laborers' Health & Welfare Fund, P. O. Box 9090. Peoria, Illinois 61612-9090.

(4) Market Preservation deducted from net wages sent to North Central Illinois Laborers' Health & Welfare Fund, P. O. Box 9090, Peoria, Illinois 61612-9090.

IN WITNESS WHEREOF, THE PARTIES HAVE EXECUTED THIS AGREEMENT THIS ___19th___ DAY OF ___August___, 2003

REPRESENTING THE COMPANY:

REPRESENTING THE GREAT PLAINS LABORERS' DISTRICT COUNCIL , L.I.U.N.A. Local 751

_Century Asphalt @Construction Inc_
Company Name

GPLDC _____ Date _7-29-03_

_P.O. Box 454 Kankakee Il. 60901_
Address

L.I.U.N.A. Local 751 _____ Date _7-29-03_

_(815) 935-2260_
Phone

_____
Fax

_____ _8/19/03_
Signature / Date

SMALL PAVING AND SEAL COATING AGREEMENT

13

SMALL PAVING AND SEAL COAT

JOINT AGREEMENT

This Agreement, made and entered into the 1st day of July 2003 by and between the **Century Asphalt @ Construction Inc.** hereafter for convenience, referred to as the Employer and L.I.U.N.A. Local Union 751, and AFL-CIO. hereafter for convenience, referred to as the Union.

## INTENT

The terms and conditions of this Agreement relating to the employment of Employees have been arrived at by means of collective bargaining, and the Agreement shall be deemed to be the Agreement of each of the employees named above and shall be binding on all parties hereto and their respective members on whose behalf they have bargaining rights. For the purpose of mutual convenience and standardization, this Agreement has been negotiated by and between the Union and the Employers signatory to this Agreement.

## PURPOSE

Subject to the Provisions of this Agreement, the purpose of the Agreement is to:

A) Enter into a definite Labor-Management contract covering the wages, hours, conditions of work, and terms of employment in the relationship between employer and employee.

B) Describe the respective rights and responsibilities of the Employer and the Union.

C) Prevent strikes, lockouts, and stoppages of work on account of contract or jurisdictional disputes by requiring prior arbitration procedure.

D) Promote the efficiency and productivity of the construction industry.

E) Protect the economic and employment welfare of the employees.

F) Comply at all times with State and Federal laws governing Labor-Management relations.

G) Provide the principle of union security.

H) Preserve to the Employer the basic and intrinsic rights of management to decide and conduct its own operation in a competitive free enterprise system.

I) Improve the Local, State, and National Economy by quality performance.

J) Observe and protect the public interest.

## ARTICLE I

SECTION 1. Bargaining Unit: The bargaining unit shall consist of all persons engaged in work covered by the occupational jurisdiction of the Union in reference to any and all of the classifications described in Article I, Section 6, "Scope of Work", wages, hours of work and all other terms and conditions of employment set forth in this Agreement.

Section 2. Recognition: The employer signatory to this Agreement as the sole and exclusive bargaining agent for all persons employed in work covered by the occupational jurisdiction of the union.

2