E-FILED
Monday, 30 March, 2026  09:22:29 AM
Clerk, U.S. District Court, ILCD

# Exhibit 8

12887

7.      The parties agree that nothing herein is intended to nor shall it be construed as creating recognition of or bargaining with a multi-employer bargaining unit other than those already recognized by the Local Union and limited to the geographical jurisdiction of the Local Unions.

8.      This Agreement shall remain in full force and effect through April 30, 2013, and shall continue thereafter unless there has been sixty (60) days written notice, by registered or certified mail, by either party hereto of the desire to modify and amend this Agreement for negotiations. The EMPLOYER and the UNION agree to be bound by the area-wide negotiated contracts with the various Associations, incorporating them into this Memorandum of Agreement and extending this Agreement for the life of the newly negotiated contract, if not notified within the specified period of time.

9.      The EMPLOYER acknowledges and accepts the facsimile signatures on this contract as if they were the original signatures. The EMPLOYER further acknowledges receipt of a copy of the complete COLLECTIVE BARGAINING AGREEMENT.

IN WITNESS WHEREOF, and in consideration of the mutual promises of the parties hereto, and other good and valuable consideration, this Memorandum of Agreement was entered into this __9__ day of __Aug__, 20_10_.

ACCEPTED:

LABORERS' LOCAL UNION NO. _996_

BY: _____
       (Business Manager)

GREAT PLAINS LABORERS'
DISTRICT COUNCIL

BY: _____
       (Business Manager)

Century Asphalt Construction, Inc.
       (Contractor Name)

BY: _____ President
       (Name & Title)

B02 Heather Rd E
       (Address)

Bourbonnais IL 60914
       (City, State & Zip Code)

815 935 2260
       (Telephone Number)

815 935 2260
       (Facsimile Number)

75-298 1679
       (Federal Employer Identification Number)

SEP - 3 2010

-3-