E-FILED
Monday, 30 March, 2026  09:22:30 AM
Clerk, U.S. District Court, ILCD

# Exhibit 34

12887

By signing this Memorandum of Agreement which has been negotiated by and between the ASSOCIATED GENERAL CONTRACTORS OF ILLINOIS AND THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, THE SOUTHERN AND CENTRAL ILLINOIS LABORERS' DISTRICT COUNCIL, LABORERS' LOCAL 159 (DECATUR) AND LABORERS' LOCAL 703 (URBANA), the undersigned Employer agrees to abide by all the Articles, stipulations and fringe benefits contained herein throughout the counties covered by Laborers' Local 159 and Laborers' Local 703.

**FOR THE COMPANY**

Company Name: Century Asphalt Construction

Company Address: 1332 Heather Rd E
Street Address and/or PO Box

Bourbonnais IL 60914
City          State          Zip Code

Phone: 815 566-5867

Fax Number: 815 935 2260

Email Address: Cleo.2674@att.net

Signed By: ▮▮▮▮▮▮▮▮   Date: 8/20/14

Printed Name and Title: Cleotis Johnson, President

**FOR THE UNION**

Southern & Central Illinois Laborers' District Council

Signed By ▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮   Business Manager

Witnessing Union Agent and Title

Date: 8/29/14   Local Number: _____

42

Laborers' Local 159: Decatur, Illinois
**MARTY EASTERLING, Business Manager**
2293 East Logan
Decatur, IL 62526
Bus. Phone.   217-422-3078
Fax           217-422-8031

Office Hours: 5:45 a.m. - 5:00 p.m.

Laborers' Local 703: Urbana, Illinois
**RUSSELL DAVENPORT, Business Manager**
108 E. Anthony Drive
Urbana, IL 61801
Bus. Phone.   217-367-0703
Fax           217-384-2122

Office Hours: 6:00 a.m. - 5:00 p.m.

**HIGHWAY DISTRICT #5**

43

RECEIVED
SEP - 2 2014