E-FILED
Monday, 30 March, 2026  09:22:31 AM
Clerk, U.S. District Court, ILCD

# Exhibit 37



*12887*

By Signing this Memorandum of Agreement which has been negotiated by and between the Associated General Contractors of Illinois and The Laborers' International Union of North America, The Southern and Central Illinois Laborers' District Council and Laborers' Local 477 (Springfield), the undersigned Employer agrees to abide by all the Articles, stipulations and fringe benefits contained herein throughout the Counties covered by Laborers' Local 477.

FOR THE COMPANY:

Company Name: Century Asphalt & Construction In

Company Address: 1302 Heather Rd E

Bourbonnais                    IL                    60914
City                                State                        Zip

Telephone Number: 815 546 0220

Fax Number: 815 935 2260

Email Address: CLEO2674 @ ATT. NET

Signed By: ███████████              Date: 8/5/2020

Printed Name and Title: Cleotis Johnson, President

FOR THE UNION:

The Southern and Central Illinois Laborers' District Council

Signed By: ████████████████████

Clint B Taylor, Business Manager

████████████████████

Witnessing Union Agent and Title

Date: _____        Local Number: 477

OCT 10 2022


12887

Laborers' Local 477/ Highway District 6

Business Manager: Bradley J. Schaive

CHECK ONE:☐ Building Agreement ☒ Highway Agreement

Date Signed: _____

Contractor Name: Century Asphalt & Construction Inc

Please Print Name: Cleotis Johnson

Signature: ▓▓▓▓▓▓▓▓▓

Signatory Title ( ex. President, Project Manager, Owner, ect)
_____ President

Contractor Address: 1302 Heather Rd E

City: Bourbonnais State: Il Zip: 60914

Contractor Phone: 815 - 546 - 0220

Contractor Fax: 815 935 - 2260

Contractor Mobile Number: 815 - 546 - 0220

Contractor E-Mail Address CLEO2674 @ ATT.NET

Nature of work performed by Contractor: Asphalt paving,
aggregate Shoulders

Comments/ Notes: _____

OCT 1 0 2022